Statement and Policy Regarding Kosher Food Provisions at Boca Grove

Many of us are aware of conversations led by a small group of residents regarding the Club's dining facilities. It appears that this group is pressuring Management and the Board to provide a kosher kitchen so that their dietary desires are met. It is their objective to eliminate one of the club's dining facilities to serve only kosher food and only to their group, preferably in separate dining facilities with separate plates, utensils and dishwashing areas.

This group is few in number but very assertive in attitude. They are well organized with a private "whatsapp" messaging app planning their agenda. They can be very persuasive with "why not" rationalizations; but in fact it is their plan to have Religiously Segregated dining at Boca Gove.

This small group wishes to transform the mission of our club that has, since its founding, welcomed an ethnically and religiously diverse membership. Those who have made Boca Grove their home for decades, members who have honored and respected our diversity, and the lifestyle we have grown to love, feel that Boca Grove should not be diminished for the personal benefit of the assertive, vocal minority of residents who wish to change the culture of our community. They, like all our members, purchased a home in a secular community and Boca Grove must remain the premier country club community it has always been.

Following is a list of directives to the Board and Management regarding this important issue:

- The pool café is an integral part of the overall Country Club, fitness, and pool experience and should not be converted to a kosher-only dining venue.

- The sports bar is similarly an important part of the club experience and should not be split into separate dining facilities.

- All dining facilities and food venues must be maintained for all members to enjoy as a premier Country Club experience. Our menus contain sufficient non-meat items (fish, pasta, dairy, vegetarian and vegan) to satisfy the needs of almost all Boca Grove members except, perhaps, for those families who eat only at their kosher homes or at certified kosher only establishments. In the immediate and surrounding area, there are a plethora of certified kosher restaurants for everyone to enjoy.

- No separate dishes or dishwashing shall be done at Boca Grove, and our dining facilities shall in no way be converted to disposable paper and plastic plates and plastic utensils for eating.

- No outside organization (Rabbinic Board or other Rabbinic persons) shall be engaged to analyze our Club facilities to propose dividing Boca Grove into Religiously Segregated dining facilities.

- Continue to enforce the existing club rule that no outside food may be brought to the Club facilities (including the pool area) except for private catered parties that are scheduled and approved by Boca Grove.

- A kosher food truck and kosher barbeque, from time to time, as may be approved by the Board, shall be provided, when appropriate, to satisfy those members desiring such options.

We urge the Board of Directors and Management to maintain Boca Grove's longstanding and reputable community that welcomes all to its diverse, yet unified upscale lifestyle, giving no preferential treatment to any religious or ethnic group.

**If you agree that Boca Grove should not provide Religiously Segregated dining facilities, it is imperative that you do not remain silent but rather make your voice heard.**

**Please register your affirmation by sending an email to:**

█████████████████

**All responses will be kept confidential. Your name will not be released.**

**Sincerely,**

█████████