<u>TO: Board of Directors and Club Managers Jennifer Jolly and Carla Hull</u>

Dear All,

Marc Gillman called me today to vehemently express his displeasure about my communicating to many of the Boca Grove members about the potential changes to the Boca Grove experience.

I would like to share with you a <u>few</u> of the numerous opinions and feelings that our fellow members have emailed to me. There are many more.

Yours truly,

█████████

November 1, 2021

-------------------------------------------------------

"We keep a kosher home at Boca Grove. We have meals at all the Boca Grove dining areas. There is no problem for us to order meals. It would be a great mistake to have only Kosher Food served at any facility. We do not want to make our club known for any particular religious observances. Keep Boca Grove the way it has always been."

"We have had several very attractive offers to sell but we cannot think of a better place to live because of this Club's commitment to a lifestyle we believe in. This minority group knew what we were when they moved in and are free to move if they are dissatisfied with our long-established culture. Kudos"

"I moved to Boca Grove for a non-sectarian environment with no one majority group or non majority group being catered too!"

"NO GOOD NO GOOD I vehemently agree that our club should remain secular... I for one have the experience of having a religious group wanting to "TAKE OVER" a club facility in LONG ISLAND..."Watch it and watch out"...if allowed the next thing on their agenda would be to close the golf course on Saturday. I know this for a fact. Please share my view with all"

"I agree that the dining facilities at BG should remain open and accessible to all. If people want to be fundamentalist in their religious observance, they should not impose their views on others. I like having the kosher options, when available, but otherwise I eat kosher style. Most modern Orthodox Jews don't have a problem with this."

"We are 100% in agreement with you, and would privately and publicly say so. Although we need to make allowances for access to a kosher option for the group. There is no way we should provide capital or square feet for such a venture. I only bought in Boca Grove for its charm and secular feel. Even though the community has a very high Jewish community, I welcome diversity beyond our culture. This suggestion would go the other way. Please tell us if I could help in any way."

"My husband and I agree totally with your memo.
Please add our names to your list of supporters, and keep us updated about further developments."

"My wife and myself are on pretty much an agreement but we have to move judiciously as well as quickly "

"When can we meet to deal with this in quick time as well as to properly organize and deal with this. Thank you for the alert "

"My husband and I are new to Boca Grove— a friend had sent your kosher kitchen platform to us. We totally are in agreement with you. Please let me know if there is anything else we need to do. "

"I agree that Boca Grove should NOT provide Religiously Segregated dining facilities."

"I agree with your letter.  No separate dining facilities."

"Definitely opposed to any change in our facilities... even oppose the Kosher truck"

"I agree that Boca Grove should not provide Religiously Segregated dining facilities. Thanks for respecting and promoting diversity."

"I support the BG Kosher Platform that you presented.
Boca Grove should not provide religiously segregated dining facilities"

"I read your well written article on the kosher conversion.
I am a Jewish person and frequent visitor to Boca Grove, I would not consider buying a home in the community considering the Kosher push. I take a look at the five towns in Long Island and I get nauseous.  It's horrible. If you give into their demands the place is finished."

"Bravo! We totally agree!"

"I believe that on the docs we just approved, any change to dining needed a 75% approval by the membership. Check that out."

"I totally agree with your email. We must vigorously protest any attempt to provide a kosher kitchen at Boca Grove. They have their food truck. That should be enough."

"My wife and I are very active in the Jewish community. In fact, I grew up in NJ where my family were members of an Orthodox temple. Nevertheless, we are adamantly against having Boca Grove provide a kosher kitchen and dining facility for the reasons set forth in the Statement & Policy we received. No problem with the kosher food truck and occasional kosher barbecue, but that's it."

"I agree with your memo however I believe it is too little too late. Good luck in your endeavor"


[Please note that all of the above are quotes; however, a few typos and periods at end of some sentences were added. Names were deleted.]