# BOCA GROVE

**Rules & Regulations**

**November 2024**

**Boca Grove Property Owners Association, Inc.**
**Rules and Regulations**
**November 2024**

## GENERAL RULES AND REGULATIONS

1. Dining
   a) Consumption
   b) Reservations and Cancellation Policy
   c) Take-out Procedures
   d) Banquet and Catering
   e) Dress Attire
   f) Children
   g) Charge Slips
2. Complaints About Employees
3. Member Behavior
4. Election Rules
5. No Tipping Policy
6. Loss of Property
7. Damage to BGPOA Property
8. Solicitations
9. Cell Phones
10. Pets
11. Smoking
12. Exercising or Walking on the Golf Course
13. Guests
   a) Day Guests
   b) House Guests
   c) Family House Guests
   d) Family Member Guests
14. Private Functions
15. Privacy
16. Observance of BGPOA Rules
17. Violation of Rules, Statutes and/or Ordinances
18. Trash Pick Up
19. Landscaping and Debris Removal
20. Lamp Post Lights
21. Exercising in the Community
22. Change of Property Ownership
23. Vendor Work Hours
24. Weapons, Firearms, etc.

## CARD ROOM RULES

1. Sign-in
2. Guest Usage
3. Card Tables
4. Food and Beverage
5. No Cell Phones

**MEMBER ACCOUNT PAYMENT RULES**
1. Billing for Charges
2. POA Collection
3. Delinquent Accounts

**FITNESS RULES**
1. Fitness Registration
2. General Policies
3. Personal Training
4. Group Exercise Classes
5. Guest Privileges
6. After Hours Access

**RACQUET RULES**
1. Tennis
2. Pickleball
3. Padel
4. Inclement Weather

**GOLF RULES**
1. General Golf Rules
2. Practice Facilities
3. Course Closures
4. Starting and Continuing Play
5. Dress Code
6. Golf Carts
7. Disability Flag
8. Guest Privileges
9. Inclement Weather & Rain Policy
10. Pace of Play & Fivesomes
11. Junior Golfers
12. Women's Golf Association
13. Men's Golf Association
14. Pet Restrictions
15. Smoking
16. Golf Rule Violations

**POOL RULES**

**GT SWARM RULES**

**THE HIVE RULES**

**DOG PARK RULES**

Boca Grove Rules and Regulations (November 2024)

## ARCHITECURAL CONTROL COMMITTEE
1. ACC Purpose
2. ACC Areas of responsibility
3. ACC Policies
4. Homeowner Procedures for Exterior Changes and Renovations/Additions
5. Structures
6. ACC Review
7. Limitations


## LANDSCAPING
1. LANDSCAPE PLANS
   a. Complete Renovations
   b. Partial Renovations
2. PLANT MATERIAL & MINIMUM TREE REQUIREMENTS
   a. Shrubs
   b. Hedges
   c. Ground cover
   d. Turf areas
   e. White gravel
   f. Synthetic Grass
3. PLANTING REQUIREMENTS
   a. Planting Beds
   b. Walls
   c. Two Story Homes
   d. Irrigation
   e. Landscape lighting
   f. Fences
   g. Screen Enclosures
   h. Open and visible rear properties
4. LANDSCAPE MAINTENANCE
   a. Mowing
   b. Trimming
   c. Fertilization
   d. Pesticides
   e. Irrigation
   f. Mulch


## PROPERTY MAINTENANCE
   a. Pressure cleaning
   b. Painting
   c. Landscaping Trees
   d. Driveways


## ACC VIOLATION NOTIFICATION PROCESS

## RENTAL RULES

4

Boca Grove Rules and Regulations (November 2024)

## <u>SECURITY RULES AND REGULATIONS</u>
1. Parking
2. Motorized Bikes, Scooters & Skateboards
3. Speeding, Stop Signs & Reckless Driving


## <u>FEES & FINES & PENALTIES</u>
1. Fees
   a. F&B Minimum
   b. ACC Cost of Reviewing Plans
   c. Construction Fees
   d. Private Parties
   e. Other Fees
2. Fines & Penalties
   a. Non-golf Activity on Golf Course
   b. Trash Pick-up
   c. Driveways
   d. Golf Disability Flag
   e. Cart Path
   f. Picking up after a Pet
   g. After Hours Access - Fitness
   h. Security & Parking
      i. Class I
      ii. Class II
      iii. Class III
3. Other Violations
   a. Level One
   b. Level Two
   c. Level Three
4. F&B Addendum
5. Guest Fee Chart

Boca Grove Rules and Regulations (November 2024)

**GENERAL RULES & REGULATIONS**

**1.  DINING RULES**

The General Manager, with the approval of the Board of Directors, sets the hours of operation of the various dining facilities, the dress code applicable for special functions, procedures regarding reservations, cancellation policy for special events and other operational matters.

a) **CONSUMPTION**
   All food and beverages consumed on BGPOA premises must be purchased or supplied by BGPOA. Please see addendum for allowable exceptions.

b) **RESERVATIONS AND CANCELLATION POLICY**
   To assist in proper purchasing and staffing, reservations are required. Last minute reservations will be accommodated after advance reservations and will be given preference over walk-ins. All members will be seated as space and staffing allows. Adhering to the reservation schedule allows the kitchen and service staff to provide the most attentive and responsive dining experience. Reservations will be held for a fifteen-minute grace period. There is a 48-hour cancellation policy for special events and 72-hour cancellation policy for banquet functions.

c) **TAKE-OUT PROCEDURES**
   All orders should be placed through our food ordering team.  An estimated delivery or pick-up time will be provided once your order is placed.

d) **BANQUET AND CATERING**
   Members will have the opportunity to work with the Food & Beverage Team to develop individualized plans to create the special event of their choosing. Pricing is according to the menu selected and staffing needs for the event. For those who would prefer to plan their event from a suggested format, sample menus are available. A service charge of 22% will be applied to all banquet and catered affairs. The cost of the event that is for the member will count against the member's annual minimum spending requirement. Sponsored events will not count towards the minimum.  Dining rooms may be open for member dining while the private function is in progress.

e) **DRESS ATTIRE**
   Dress code rules apply to all members and guests.  It is expected that members will advise their guests of the dress requirements.  The dress code will be posted on BGPOA's Website, BGPOA's Newsletter, Calendar and by contacting BGPOA's Receptionist or Administration.  Members, guests and children 13 and over are required to adhere to the dress code.

### DRESS CODE STANDARDS BY LOCATION, TIME AND EVENT

**Casual Attire (C)-** Shorts, dry athletic apparel, jeans (no holes) and t-shirts are permitted.  No tank tops for men.

**Elegant Casual Attire (EC)– Upscale Dining:** Dressy jeans (no holes) permitted. The following are not permitted: Shorts, short sleeve collarless shirts (t-shirts), athletic apparel, tank tops, caps (for men) and open-toe shoes (for men).

**Jackets (J) –** Jacket and/or tie may be required for select holiday events.

**Footwear –** Footwear must be worn at all times in the dining rooms.

**Hats –** Hats are to be removed upon entering any of the Clubhouse dining areas except in the bar area in Chippers Sports Bar.  Hats must face bill-forward when worn.  Hats are allowed on the Veranda during lunch only.

**Windows Dining Room**:
Lunch: Casual Attire (C )
Dinner: Elegant Casual Attire (EC)
Sunday Night Dinner:  May through September —Casual Attire (C)

**Grove Room & Grove Bar:**
Lunch: Casual Attire (C)
Dinner: Elegant Casual Attire (EC)

**Chippers Sports Bar:**
Lunch: Casual Attire (C)
Dinner: Casual Attire (C)

**Honeybell Café:**
Lunch: Casual Attire (C)
Dinner: Casual Attire (C)

**Special Events/Holidays:** Attire will vary depending upon event.

f)  **CHILDREN**
Children are permitted in Chipper's Sports Bar and the Grove Bar with adults, but they may not sit at the bar. Children under the age of 15 are not allowed in the locker rooms unless they are playing golf with an adult. Children under 13 years of age are not permitted anywhere in the Clubhouse without an adult.

g)  **CHARGE SLIPS**
Transaction slips must be signed for all food or drink or other purchases or charges and the member must keep his/her copy if he/she wishes to question any billing. Family members and guests must use the member's number to sign charge slips and must sign their name and print the member's name.

7

Boca Grove Rules and Regulations (November 2024)

**2. COMPLAINTS ABOUT EMPLOYEES**

Members shall not discipline BGPOA employees or verbally abuse employees of BGPOA or contractors engaged in performing a service for BGPOA. Member complaints regarding a BGPOA employee or a contractor, the complaint should be reported to the General Manager. The General Manager is required to maintain a record of such complaints and the action taken. No member may enter the kitchen, bar or any service area. Problems regarding the kitchen, food or service shall be reported to the General Manager.

**3. MEMBER BEHAVIOR**

The conduct, language and habits of members and/or their guests within the Boca Grove complex and under the control of the Boca Grove Property Association shall be tempered with courtesy and respect for fellow members, BGPOA employees and employees of contractors. BGPOA members and their guests shall treat everyone with civility and in a manner that would not be offensive to a reasonable person.

4. **ELECTION CAMPAIGN RULES APPLICABLE TO CANDIDATES AND MEMBERS**

   a. No posting, circulating, displaying, or distributing campaign material on BGPOA or POA premises.

   b. No denigrating comment of a candidate or any other member, regardless of the type of communication, signed or unsigned, is permitted.

- Any violation by a candidate of these rules of election will be subject to termination of his/her candidacy and/or referral to the Hearing Committee. Any member (non-candidate) who violates the rules will be suspended for 30 days.

   c. Each candidate will be expected to:

- Provide a two-minute speech to be used on BGPOA's web site
- Attend the Candidates' Night where each candidate will make a four to five-minute presentation followed by random questions from the Nominating Committee.
- Attend a "Meet and Greet" session where members will have the opportunity to pose questions to the individual candidates.

   d. As of July 2024, Members may host informative gatherings at their dwelling in support of a candidate(s). Buttons, t-shirts, etc. may be distributed at such gatherings so long as the message is supportive.

**2. NO TIPPING POLICY**

BGPOA has a strict policy of no tipping. Any employee accepting a tip from a member or a guest is subject to immediate dismissal. Do not put an employee's job in jeopardy by offering a tip. Holiday seasons are the exception.

**3. LOSS OF PROPERTY**

BGPOA is not responsible for the property of members or their guests. This includes, but is not limited to, golf clubs, golf carts, tennis racquets, items left in valet or self-parked cars, as well as anything that may be checked on BGPOA property or left in public areas.

4. **DAMAGE TO BGPOA PROPERTY**
   Members must reimburse BGPOA for the cost of repairing any damage or replacing any item resulting from their actions or the actions of their family members or guests.

5. **SOLICITATIONS**
   Door-to-door, in person solicitation by members or members' guests is not permitted in or on any part of the Boca Grove Complex.

6. **CELL PHONES**
   The use of cell phones should not be audible to others in the Dining Rooms, Card Rooms and Curve facilities.

7. **PETS**
   No pets are permitted in the indoor dining areas of the Clubhouse or at The Curve, this includes fitness, tennis, pickleball, playground, Honeybell and pool deck.  Trained service animals are the exception and must be registered with the Clubhouse. All pets must be on a leash when being walked and the "pooper scooper" law (PBC Ord. No 98 Sec 4-9) must be strictly followed by all members.

   Service animals must be trained to perform a service/task and may only accompany the person with a disability to whom they are trained to assist. Service animals must be kept on a leash, may not sit on a person's lap and may not be fed in the dining areas. Members and guests bringing a service animal to the club, must register with the front desk prior to arrival.

8. **SMOKING**
   All Clubhouse areas are considered smoke-free. Outdoor smoking is available as designated.

9. **EXERCISING OR WALKING ON THE GOLF COURSE**
   Any use of the golf course outside of its intended use is strictly prohibited, this includes all non-golfers and non-golf activity. Anyone found to be in violation of this will be subject to the appropriate actions as stated in Fees & Fines.

10. **GUESTS**
    Members expecting guests to Boca Grove are required to notify security of their guests arrival. Members are responsible for all charges incurred by guests and the observance of BGPOA rules. The fees charged for a guest's use of sports facilities varies by the type of facility used, the type of guest and the time of year. There may be a limit to the number of times the same guest can use a specific amenity, please refer to the section of these rules for guest restrictions.  All such fees and restrictions are determined by the General Manager, under the direction of the Board of Directors.  Guests may be registered with BGPOA by calling the receptionist at 561-487-5300 or email contact@bocagrove.org
    a. **DAY GUESTS**
       a. There is no requirement to communicate Day Guests ahead of time, unless they will be using BGPOA amenities. BGPOA Management would prefer that you communicate with us about your guests in advance of their arrival.

By letting us know that you are expecting guests it allows us to welcome your guest by name and personalize their visit.

b. **HOUSE GUESTS**

    a. Any person who sleeps overnight in the Boca Raton residence of a member is considered to be a "House Guest" provided the guest's regular residence is more than 50 miles from Boca Grove.

    b. The House Guest may use the same sports facilities the member is eligible to use and they need not be accompanied by the member, except on Saturday, Sunday and holidays.

    c. House Guests are subject to House Guest fees, which will be charged to the member's account.

    d. House guest privileges may not extend beyond a period of 21 days in any given calendar year.

    e. House Guests are not permitted to have guests.

c. **FAMILY HOUSE GUESTS**

    a. Any family member as defined herein who sleeps overnight in the Boca Raton residence of a member is considered to be a "Family House Guest" provided the guest's regular residence is more than 50 miles from Boca Grove. A "Family Member" is defined as a parent, child, grandchild, and their respective spouse, of a Boca Grove member.

    b. The Family House Guest may use the same sports facilities the member is eligible to use and they need not be accompanied by the member, except on Saturday, Sunday and holidays.

    c. Family House Guests are subject to Family House Guest fees, which will be charged to the member's account.

    d. Family House Guest privileges may not extend beyond a period of 42 days in any given calendar year.

    e. Family House Guests are not permitted to have guests.

d. **FAMILY MEMBER GUESTS**

    a. A "Family Member Guest" is defined as a parent, child, grandchild, and their respective spouse, of a Boca Grove member.

    b. Family Member Guest(s) may use the facilities the member is entitled to use either with a member or unaccompanied except on Saturday, Sunday and Holidays when the member must be present.

    c. Family Member Guests are subject to Family Member Guests fees, which will be charged to the member's account.

    d. Family Member Guests are not permitted to have guests.

## 11. USE OF BGPOA FACILITIES FOR PRIVATE FUNCTIONS

a. BGPOA Members are permitted to sponsor a function. Sponsoring a function includes the responsibility for payment and damages to BGPOA facility.

b. Rental fee may be required for opening BGPOA for a member function.

c. Certain restrictions may apply with regards to space availability due to peak season and capacity levels.

**12. PRIVACY**

BGPOA Membership Rosters are for the personal use of BGPOA members. Members should not allow unauthorized use of this information and should never use this information for campaigning, soliciting or mass communication without the permission of the General Manager.

**13. OBSERVANCE OF BGPOA RULES**

All Members are expected to observe all BGPOA Rules. Members may report in writing to the General Manager when another member or guest is observed breaking the rules. Do not engage directly with the offending member. Pursuant to the resolution adopted by the BGPOA Board of Directors dated May 23, 2023, complaints by Members that another Member, another Member's guests, or other persons have broken any rules or otherwise violated the BGPOA Governing Documents ("Member Grievances") must be reported in writing to the General Manager no later than 15 days from the date of occurrence of the incident giving rise to the Member Grievance ("Reporting Period"). No Member Grievances will be accepted by the General Manager or acted upon by BGPOA if the Reporting Period has expired.   Failure to observe the rules will result in a warning, fine, possible suspension and may result in other action taken by the Board of Directors including the loss of the use of BGPOA amenities and transponder with appropriate fines being charged.

**14. VIOLATION OF STATUTES AND/OR ORDINANCES**

Any violation of the Florida Statutes or of the Palm Beach County Ordinances is considered to be a violation of Boca Grove rules. Violations will be subject to customary fines and/or penalties unless otherwise stated in Boca Grove Rules & Regulations.

**15. TRASH PICK UP**

Trash is picked up every Wednesday and Saturday. Containers are to be placed curbside the night before no earlier than 5:00 pm. Retrieve your trash cans and return them to your garage before by the end of pick up day.  Reminder, trash or recycle bins must not be visible from street or golf course.

The county picks up vegetation clippings, i.e., palm fronds and other landscape clippings, every Wednesday. Please refrain from placing your landscape clippings curbside until Tuesday afternoon.  Containers must be stored in a walled-in area or within the Dwelling, so they are not visible from the street or from adjoining parcels at all other times.

**16. LANDSCAPING AND DEBRIS REMOVAL**

Homeowners are responsible for the maintenance of their lawns and the removal and clean up of all debris, including but not limited to grass cutting, weeding, palm fronds, tree and hedge trimming, etc. Any other landscaping debris shall be placed at the curb in front of their home not earlier than 4:00PM the day prior to the county's vegetation removal schedule.

**17. LAMP POST LIGHTS**

All residences are required to have their light pole lit from dusk to dawn and each light pole must use a hardwired timer or a photoelectric cell.  BGPOA replaces the bulbs.

18. **EXERCISING IN COMMUNITY**

Shirts must be worn while walking, jogging, biking or while riding in a golf cart or otherwise exercising outdoors within the community.

19. **CHANGE OF PROPERTY OWNERSHIP**

When any transfer of a parcel into a Trust or LLC is being contemplated the owner must first contact BGPOA Office to obtain an information package containing the proper forms and procedures.

20. **VENDOR WORK HOURS**

Vendors are allowed to work on the premises Monday through Friday from 7:00am to 6:00pm and on Saturday from 8:00am to 5:00pm.   No work is allowed on Sundays or on the following holidays: New Year's Day, Memorial Day, July 4th, Labor Day, Thanksgiving and Christmas Day..   Requests for variances may be made through BGPOA Office.

**Boca Grove Access Program**

This program is designed to expedite access for anyone who does business in the community. This will reduce the wait times for guests at the gates, by providing vendors with a scannable card. Additionally, the program will ensure individuals who do business in the community receive a criminal background check. Anyone performing work in the community for a fee will be required to apply for an access card. This includes employees of companies who do work in the community.

- Applications must be made in person at the Powerline Gatehouse, Monday through Friday from 8:30AM until 3PM. Groups of more than 3 applicants should make an appointment by emailing securitydispatcher@bocagrove.org, attention Officer Freeman. If a link to fill out the application online is preferable, please send an email with your first and last name along with the email address. (The link is specific to each person, i.e. one link cannot be used for multiple applications)
- Please do not park at the gatehouse. Applicants can park in the retail shopping centers and walk up to the gatehouse.
- The cost of each application is $45/ person.
- Immigration or work status will not be checked.

21. **WEAPONS, FIREARMS, ETC.**

Weapons, firearms, explosives, gasoline, kerosene, naphtha, benzene, or any other articles deemed extra-hazardous to life, limb or property, regardless of a permit to carry, may not be used nor brought into any portion of the Common Areas except streets of the Community.

**<u>CARD ROOM RULES</u>**

1. All guests must be signed in, each day, by the member host or hostess with the Administrative Office during the week (Monday – Friday) or with BGPOA Receptionist on the weekends/ holidays.
2. The same guest is welcome to play without charge in the card room no more than two (2) times per week. The same guest is limited to the above regardless of how many different

members, acts as host or hostess. Should the guest exceed the two (2) times limit then the member host or hostess will be charged $10/per visit.

3. Card tables may not be reserved.
4. Food or beverages may not be brought into the card rooms. Please see addendum for allowable exceptions.
5. Cell phones must be silenced and should not be audible to others in the room

## MEMBER ACCOUNT PAYMENT RULES

### a. BILLING FOR CHARGES

All charge slips and other fees will be billed to the member's account and a monthly statement will be sent to the member. The outstanding balance on the account is due and payable upon receipt of the statement. Accounts which are not paid on time will incur a Late Fee and will be charged interest at eighteen percent (18%) per annum. Continued delinquency will lead to suspension of a member's privileges. The General Manager and CFO are responsible for strict enforcement of the account collection procedures adopted by the Board of Directors.

### b. POA COLLECTION PROTOCOL

For accounts thirty (30) days past due, the POA will issue a Notice of Late Assessment that states that the member has thirty (30) days to bring their account current to avoid 3rd party collections actions (attorneys, collections agencies, etc.)

If the account is not brought current after the thirty (30) days, the POA will issue a Notice of Intent to Record a Claim of Lien that states that the account is delinquent and that the member has forty-five (45) days to bring the account current or the POA will record a Claim of Lien. The member will be charged the attorney fees and costs that the POA incurs for preparing and sending the Notice.

If the account is not brought current after the forty-five (45) days, Boca Grove will exercise its rights and will issue a Notice of Delinquent Assessment to the member that states that the POA recorded a Claim of Lien and will commence a lawsuit to foreclose the Claim of Lien if the account is not brought current within a second forty-five (45) day period. The member will be charged the attorney fees and costs that the POA incurs in preparing and recording the Claim of Lien and sending the second forty-five (45) day Notice.

### c. DELINQUENT ACCOUNTS

A monetary obligation owed to BGPOA shall be both delinquent and the basis for a suspension when it is more than ninety (90) days delinquent as defined by Florida Statutes Section 720.305. Members who are more than ninety (90) days delinquent in paying sums due to Boca Grove Property Owners Association, Inc. ("BGPOA") are subject to suspension as set forth in BGPOA's governing documents and Florida Statutes Chapter 720. The suspension will be approved at a BGPOA Board Meeting and BGPOA will give written notice by mail or hand delivery to the property owner and anyone residing at the property. Suspended members are not entitled to either enter onto, use or otherwise enjoy BGPOA's facilities and/or services, either in their capacity as a BGPOA member or as the guest of another BGPOA member, until such time as their account with BGPOA has been brought current and their debt to BGPOA has been paid in full. BGPOA shall have the authority to

and shall suspend a BGPOA member's ability to use a Transponder and Permanent Guest Lists when a BGPOA member's account is more than ninety (90) days delinquent.

**Suspended Account use of "Transponder" -** Only active Boca Grove Accounts are extended the convenience of utilizing Transponders. BGPOA will suspend a BGPOA member's ability to use a Transponder and Permanent Guest Lists when a BGPOA member is more than ninety (90) days delinquent.

**Suspended Account use** "**permanent guest lists**" – Only active Boca Grove Accounts are extended the convenience of maintaining a "Permanent Guest List". A Permanent Guest List allows guests to enter Boca Grove without the inconvenience of guests being called in by the resident for each visit. The Permanent Guest List will be unavailable to suspended accounts; therefore, all guests will have to provide ID at the Gate and be "called in" by the resident.

Furthermore, if a BGPOA member has an unpaid monetary obligation to BGPOA, the title to their Boca Grove real property is either sold or otherwise transferred, by foreclosure, deed in lieu of foreclosure, or otherwise, to another party, and the person is no longer a BGPOA member, that person is not entitled to enter onto, use or otherwise enjoy BGPOA's real property, facilities and/or services as another POA member's guest unless the former BGPOA member pays their monetary obligation to BGPOA in full.

Application of partial payments – Any payment received by the POA shall be applied first to any interest accrued, then to any administrative late fee, then to any costs and reasonable attorney fees incurred in collection, and then to the delinquent assessment.


## FITNESS RULES

1. **FITNESS REGISTRATION FORM**
   All members and guests are required to complete a general liability form before using the Fitness Center and sign in daily. To provide the best health & wellness experience, members and guests are also encouraged to complete a Health Registration Form prior to using the Fitness Center.

2. **GENERAL POLICIES**
   a. It is the responsibility of all persons to obtain instruction on how to use the equipment prior to usage of such equipment. The equipment is only to be used in accordance with such instructions.
   b. Proper footwear and attire are required to use the Fitness Center. Shirt and shorts, or clothing designated for exercise, with proper closed toe athletic footwear, must be worn at all times to ensure comfort and safety.
   c. Food and beverages are not permitted in the exercise and fitness areas. However, consumption of water is encouraged at all times. Please see addendum for allowable exceptions.
   d. No children under the age of 10 shall be allowed in the Fitness Center. Children ages 10 – 13 shall be permitted to use Fitness Center, functional room, and aerobics room once they have completed a youth fitness certificate program in addition to DIRECT supervision by

a parent or Boca Grove personal trainer at all times. Certification classes will be held twice a month.

   e. No pets are allowed in the Fitness Center.

**3. PERSONAL TRAINING**

   a. Members are not permitted to bring outside trainers or instructors (ie swimming, physical therapists or any private lessons.)

   b. The personal training service is provided by appointment. In order to ensure that appointments are kept in a timely manner, the member or guest is encouraged to arrive 5 to 10 minutes prior to their scheduled appointment. Appointments for personal training must be cancelled at least 24 hours in advance to avoid a full payment penalty. If a member or guest misses an appointment, it is considered a 'no show' and a full payment will automatically apply. Personal training fee is in addition to any guest fee.

**4. GROUP EXERCISE CLASSES**

The exercise classes are designed to commence in a timely manner. Members and guests are asked to refrain from talking, or being otherwise disruptive to the other participants in the exercise class.  In order to maintain the integrity of the class / group exercise, the instructor reserves the right to remove any member/guest participating in the described disruptive behavior.  The use of cellphones is prohibited. There is a 24-hour cancellation policy, cancellation fee may apply to specific classes. Arriving tardy to group classes may result in no admittance to the class once it has commenced.  Fees may still apply

**5. GUEST PRIVILEGES**

   a. Members are responsible for their guests and the appropriate guest fees. A guest fee schedule is available from the Fitness Center or Administration.

   b. During season (November through April) day guests are invited to use the Fitness Center after 9:30 am.

   c. All guests must be registered with the administration and are subject to the daily guest fee and usage limitations corresponding to their category.

   d. Guests who pay a golf guest fee are not required to pay Fitness Center guest fees.

**6. AFTER HOURS ACCESS**

   a. Members aged 18 and older are eligible to receive fingerprint access to the Fitness Facility. No guests are permitted.

   b. A liability form must be signed prior to receiving after-hours access to the fitness facility.

   c. Fingerprint access is available from 5:00am daily with extended hours until 11:00pm

   d. Only members with fingerprint access are permitted inside the Fitness Center during after-hours.

   e. **Use of equipment is at your own risk**, as The Curve will be unattended during after-hours.

   f. Boca Grove assumes no liability for any injuries or accidents that may occur.

   g. Please ensure that you follow all equipment instructions and only use the equipment if you are in proper health to do so.

   h. Proper attire, including shirts and athletic shoes, is required at all times. Sandals and flip-flops are not permitted.

   i. Food, alcohol, glass containers, smoking, and horseplay are strictly prohibited. Pets are not allowed in the facility.

    j.   While The Curve is equipped with security cameras, members are responsible for their personal belongings. Boca Grove is not responsible for lost or stolen items.

    k.   Please dispose of all trash properly and refrain from leaving cups or items on the equipment.

## RACQUET CENTER RULES

All racquet sports players must check in and register at the Racquet Center prior to commencing play. A member or guest may have to provide proper identification at sign-in.  All players must use the approved entrance and exit gates at the end of each court and may not walk across a court to gain access to a court.

    a.   All members playing at night must make reservations during the hours of operation of the Racquet Center. If sign-in did not occur the day of play, sign-in by telephone must be made the next day, including any guests registered.

    b.   Members are responsible to register their guests and pay for any guest fees.

    c.   Guests using the racquet facility must be accompanied by the sponsoring member, except as provided for under the Family Member Guest, Family House Guest and House Guest rules.

    d.   Each member may invite up to three guests on one court. Family Member Guest, Family House Guest, House Guests and Family Member Guests will be charged a fee based on their respective category, and the member is responsible for all charges and observance to all rules of Boca Grove.

    e.   **Guest play is allowed after 9:30 am.** If courts are available, guests may play earlier, at Pro Staff's discretion.

    f.   Children of a member living in Boca Grove and under the age of 18 may have a guest free of charge after 1:00 pm, depending on court availability.  All Children of members over the age of 25 years will be charged a family member guest fee.

    g.   During season (November - April)  Day Guests are limited to 2 visits per month during weekend and holiday prime time (before 12:00 noon). If that limit is exceeded, then a premium fee will be charged.

    h.   Golf carts, Bicycles, skateboards, roller blades, roller skates, and scooters are prohibited on or around tennis or pickleball courts, walkways, green space and patio. Bicycles, skateboards and scooters must be parked in the racks provided at the front of the Curve or the parking lot to the north of the Racquet Center building.

1. **TENNIS RULES**

    a.   Reservations for court time may be made three (3) days in advance either in person or by phone (voicemail reservations excluded) for members playing with members. Members playing with guests may only reserve time slots available one (1) day in advance of play. From November 1st through April 30, members playing with guests are not permitted to play prior to 11:00 am on Saturdays, Sundays and holidays. Each court may be reserved, both for singles or doubles, for one (1) hour and thirty (30) minutes. Names of all players are required for court reservations. Courts will be held for ten (10) minutes past the reserved time. After that, they will be made available for others to play. Each membership may reserve two courts per day as long as the same individual is not using both courts.

    b. Once individuals are off the court, they may sign up for the next available court. Playing on a court constitutes having that court reserved; i.e., Smith may not play on Jones' court at 9:00 am and have a court in their name at 10:00 am.

    c. Proper tennis attire, as determined by the professional staff, is required at all times. Approved clay court shoes are required for players. No tank tops, mid-rifts, jean shorts/denim or bathing suits are allowed.

    d. At the discretion of the GM/COO Independent Tennis Trainers are allowed to perform services at the Tennis Facility within Boca Grove.

**2. PICKLEBALL RULES**

    a. Court reservations start at 10:00 am.

    b. Reservations made for one-hour time slot.  Names of all players are required for court reservations. Courts will be held for ten (10) minutes past the reserved time. After that, they will be made available for others to play.

    c. Proper racquet attire is required.  No tank tops, mid-rifts, jean shorts/denim or bathing suits. Proper footwear, tennis shoes or non-marking athletic shoes. NO FLIP FLOPS OR SANDALS. Shoes must be clear of clay or mud before using pickleball court.

    d. Pickleball paddles and balls must be returned after play is completed during Racquet Center hours. After hours, paddles and balls must be returned to Fitness.

    e. No play is allowed until the courts have been cleared by BG staff.

**3. PADEL RULES**

    a. Players must reserve padel court time in advance through the Boca Grove online booking system or by contacting the facility's front desk. Court reservations are typically made in hourly increments.

    b. Players must cancel court reservations at least 24 hours in advance to avoid being charged a reservation fee. Failure to cancel within the specified time frame may result in a warning for the first offense, with a $25 penalty fee applied for subsequent violations.

    c. Players are required to arrive punctually for their reserved court time. Failure to arrive within 15 minutes of the reservation will result in automatic forfeiture of the court reservation.

    d. Proper sports attire and non-marking shoes must always be worn while playing padel. Players are encouraged to wear comfortable clothing suitable for athletic activities.

    e. Only padel rackets and padel-specific balls are allowed on the courts. Players must refrain from bringing other sports equipment onto the padel courts.

    f. Players are responsible for ensuring their own safety and the safety of others while on the padel courts. Any hazardous conditions should be reported to the facility staff immediately.

    g. Respect for fellow players and adherence to fair play are essential. Players must refrain from using offensive language or engaging in unsportsmanlike conduct. Disputes should be resolved calmly and courteously.

    h. Players are expected to leave the padel court in the same condition as they found it. Trash should be disposed of properly, and all equipment used should be returned to its designated storage area.

  i. Formal instructional sessions or coaching may require prior approval from the facility management. Private lessons must be conducted by certified instructors or coaches authorized by Boca Grove.

  j. Spectators are welcome but must observe the rules and remain in designated viewing areas. They should not interfere with ongoing matches or distract players.

  k. Failure to comply with any of the padel usage rules and policies may result in temporary suspension of court privileges or other disciplinary action, as determined by Boca Grove management.

## 4. INCLEMENT WEATHER POLICY

  a. In the event of rain or adverse weather conditions, Boca Grove may temporarily close the padel, tennis and pickleball courts to ensure player safety and preserve court integrity.

  b. Members are advised to check the Boca Grove website, mobile app, or contact the front desk for updates on court availability during inclement weather.

  c. If the courts remain open while wet, players must exercise caution and discretion in deciding whether to use the courts.

  d. Players should avoid playing on wet courts whenever possible to prevent slipping injuries and minimize damage to the playing surface.

  e. Facility staff will assess court conditions periodically and may close the courts if deemed necessary for maintenance or safety reasons.

  f. Members are encouraged to cooperate with staff instructions and adhere to any temporary closures or restrictions imposed during inclement weather events.

## GOLF RULES

In order for all members and guests to enjoy their day on the course, please be mindful of the traditions of golf, a game of courtesy and etiquette.  In addition, please familiarize yourself with the following rules regarding play and the use and care of the course and practice facilities.  This will allow us to deliver a premier experience and for everyone to enjoy their day.  Please also keep in mind that the Director of Golf, along with the Professional Staff have full autonomy and authority over these Rules.

## 1. GENERAL RULES

In order to track rounds played, we require all players to check in with the starter prior to play.  Should time constraints not allow, we ask all players to check in with a member of the Outside Services team or Staff member on the 1st Tee.

## 2. PRACTICE FACILITIES

Practice balls are provided and available at the practice facilities.  The presence of practice balls indicates the practice facilities are open.  Practice balls are strictly for use on the practice facilities, and the use of practice balls on the golf course is strictly prohibited.  Members who remove practice balls from the practice facilities shall be reported for disciplinary action.

## 3. COURSE CLOSURES

The golf course Superintendent shall determine if the course and practice facilities are suitable for play.  All course closures and applicable course markings shall be strictly adhered to by all members and guests.  In the absence of the Superintendent, the Golf Professional Staff will make the respective decision regarding course closures.

**4.  STARTING AND CONTINUING PLAY**

All play shall commence on the 1st Tee, unless you receive prior approval from the Golf Professional Staff or respective Golf Staff personnel managing the Tee.  Should you receive approval to begin play on Hole #10, or anywhere else, **your position may not be held for you when you make the turn to Hole #1; and you must wait for any groups that are in queue on Hole #1.**

Players and groups who stop for lunch, or for an extended period of time during a round, **must surrender** their position on the course.  The player or group who stops for lunch must wait for an opening before resuming play.

Since there are no tee times, the Starter will coordinate play off the 1st Tee.  Singles or twosomes that show up prior to the tee opening, and are ready to play, will be given priority as they will likely play much faster than ensuing groups of three (3) or more, that may be in queue.

*Also note, the  Starter does not have the discretion to force singles or twosomes into open spots/groups.*

To be considered next on the tee, all players must be present in the group and ready to play at the 1st Tee.  A single may not hold your group's spot in queue.

**5.  DRESS CODE & ACCEPTABLE ATTIRE**

Proper golf attire must be worn at all times while playing or practicing both on the golf course and practice facilities.

The men's dress code does not allow for t-shirts, jeans, cargo shorts with bulging pockets, untucked shirts or sweatpants or fitness attire.  If hats are worn, they must be worn with the bill facing forward and are not allowed inside the Clubhouse, except the Locker Room, Golf Shop, or Chipper's Sports Bar.

The women's dress code does not allow for t-shirts, halter tops, sleeveless tops without a collar and fitness attire, except for solid color yoga pants that are covered with a skirt or shorts.

Length of skirt, skort and shorts must be long enough to not see your bottom area (even if covered by under shorts) at any time, standing or bent over.

**6.  GOLF CARTS**

a.  All golf carts must drive with the flow of play. If you are not playing golf, carts should not be on the course;

b.  Any persons under 18 years of age must have a valid driver's license or learners permit to operate a golf cart. Persons over 18 years of age must have a valid form of government issued photo identification to operate a golf cart.

c.  All players must use a golf cart when playing prior to 2:00pm.  Walking is allowed after 2:00pm.  Those choosing to walk after 2:00pm, must take careful consideration to invite players and groups behind them who may be waiting to play through.

d.  All golf carts must be parked on the designated cart paths next to the green, except those designated with a disability flag.

e.  Two riders to a golf cart and no more than two carts in a group. Two singles or a twosome utilizing a BGPOA owned cart will be asked to ride together.

19

    f.   Any member who owns their cart shall be entitled to two (2) seats, which includes the use of one (1) seat in a BGPOA owned golf cart for a spouse or guest. Any such seats over two (2) shall incur the applicable golf cart fee. Members must ride with their guests.

    g.   Any person renting a domicile within Boca Grove and is a Golf Member, shall be treated and be responsible for all such golf cart fees equal to a non-golf cart owning member.

    h.   All member owned golf carts must be four wheeled, electric, and body type such as: EZ-Go , Club Car, or Yamaha model, and of the color white or beige, navy, grey. Approval of any other color will be at the discretion of the Director of Golf.

    i.   All member owned golf carts must be in good working order with proper sand receptacles and be presentable for use on the golf course or practice facilities.

    j.   All member owned golf carts must have functioning head and tail lights.

    k.   The owner of each private golf cart must turn in respective personal liability insurance and fill out the Golf Cart Liability Waiver covering damage to Boca Grove property or injury to persons resulting from the operation of the private cart on property.  Also, the owner must sign this form, signifying they will be in compliance with the current golf cart rules. Once this is completed, a sticker with the corresponding year will be allocated and placed on the private cart displaying such has occurred. Member owned carts not displaying these stickers of the current year will not be allowed on the golf course.  You may rent a Boca Grove owned golf cart until such time as your insurance coverage is updated.

    l.   Golf carts are to follow directional signage, stay away from all roped off areas and be kept a minimum of 50 feet from the greens. Also, carts are to be kept away from greenside slopes at all times.

## 7.  DISABLED PERSON FLAG

    a.   Disabled person flags will only be provided to any person providing the Golf Staff with a state issued Disabled Person placard or license plate.  Temporary Disabled Person Flags may be provided for a maximum of 30 days with a note from a doctor. The disability flag will allow them to park at the designated location at each green marked by a blue stake, which will be set no closer than fifteen (15) feet from the green.

    b.   Any person without a disability flag, found not parked on the path while they are putting will be fined.

    c.   Any person with a disability found not parking in the designated area or abiding by the 15-foot rule, will be given a BGPOA owned cart for the remainder of the round and will be fined stated in Fees & Fines.

## 8.  GUESTS

    a.   Members are asked to notify the Golf Professional Staff 24 hours prior to bringing a guest(s), to help ensure a premier experience for them.

    b.   Members are required to check in their guests with the starter prior to play.

    c.   Members are responsible for informing their guests of BGPOA policies and proper attire.

    d.   Guests are required to use the locker facilities for changing attire and shoes.

    e.   All charges, excluding golf shop merchandise, will be billed to the members' account unless a credit card is provided (fee may apply).

    f.   Non-Family Guests are limited to twelve (12) times per calendar year (excluding BGPOA events), irrespective of which member brings the guest.

    g.   There is no limit on the number of times a family guest may use the golf facilities.

    h.   Unaccompanied guests may be requested with prior approval from the Golf Professional Staff, and shall pay the applicable unaccompanied fee, inclusive of cart.  Nine-hole rounds do not receive a discount.

    i.   **All Guest play is allowed after 9:30am and after 9:00 am Memorial Day through Labor Day**

9.  **INCLEMENT WEATHER & RAIN POLICY**
Boca Grove uses ThorGuard Lightening Detection System.  Please obey the following:
a.  One (1) long siren alert indicates a lightening threat is near and all play and practice **must** stop, and all players must seek shelter.
b.  Three (3) short siren alerts indicates an "all clear" from lightening threats and play and practice may resume.
Guest Fee refunds will be issued for all play based on the following criteria:
- Players playing less than nine (9) holes will receive a full refund for guest fees
- Players playing more than nine (9) holes will not receive a refund for guest fees

10. **PACE OF PLAY & FIVESOMES**
Boca Grove's policy is that if the group behind your group is playing faster than yours and waiting, even though your group may be playing quickly, as a courtesy to fellow members, you must invite the group behind to play through.  Exercising good judgement and consideration of others is paramount to enjoying the golf experience.
- Fivesomes must be requested and shall only be permitted at the discretion of the Golf Professional Staff.  If permitted, fivesomes must allow groups behind to play through.  Failure to do so will result in the fivesome group being broken up.

11. **JUNIOR GOLFERS**
Any golfer age thirteen (13) to seventeen (17) years old, who is the child of a full golf member, may use the practice facilities during open times.  They may also walk and play on the golf course after 2:00pm or may play anytime using a golf cart with a valid driver's permit or license.

A golfer who is the child of a member aged twelve (12) or under may use the practice facilities and play golf only with the accompaniment of the full golf member.  Exceptions to this include any golfer participating in a junior clinic or junior event.

12. **WOMEN'S GOLF ASSOCIATION**
From November – April, the WGA has play days on Tuesdays at 9:00am and WGA 9-holers at 9:30am.  Male golfers are not allowed to use the practice facilities until 9:30am nor play on the golf course until the WGA event has finished.  In the event of a smaller field, the Professional Staff may allow male golfers, or other female members not playing in the event to play once the 1st Tee has cleared, allowing enough time so as not to interfere with the WGA event.

**Out of Season - Non WGA Tuesday Play Dates**
Out of season, Tuesday mornings will be reserved for women only from 8:00am – 10:00am.  Men will be allowed to play after 10:00 am. The practice facilities will also have priority spacing for women until 9:30 am.

13. **MEN'S GOLF ASSOCIATION**
From November – April, the MGA has play days on various Saturdays at 9:00am.  All female golfers are not allowed to use the practice facilities until 9:30am nor play on the golf course until the MGA event has finished.  In the event of a smaller field, the Professional Staff may allow female golfers, or other male members not playing in the event to play once the 1st Tee has cleared, allowing enough time so as not to interfere with the MGA event.

**In Season & Out of Season - Non MGA Saturday Play Dates**
Both in season and out of season when there is not an MGA event being conducted, Saturday

mornings will be reserved for men from 7:45am – 10:00am. Women will be allowed to play after 10:00 am. The practice facilities will also have priority spacing for men until 9:30 am.

14. **PET RESTRICTIONS**
Dogs, cats and other family pets must remain in the pet owner's golf cart and their presence should not interfere with play.

15. **SMOKING**
All cigar and cigarette butts must be properly disposed of.

16. **GOLF RULE VIOLATIONS**
To protect the integrity of the game, Boca Grove enforces all USGA rules. Infractions of these Golf Rules will should be reported to the Professional Staff and will result in the member being made aware through verbal communication of the specific violation.  Repeat violations will be reported to the General Manager and may result in suspension of golf privileges.

**POOL RULES**

1. Reservations are required for cabanas and pool chairs on Friday, Saturday, Sunday and all holidays. Food & beverage minimum may apply. Reservations are not made past 1:00 pm.  All no show reservations will be released by 1:00 pm and those not cancelled in advance will be subject to charges for the full amount of the reservation.
    a. Cabanas and lounge chair reservations may be made up to 30 days in advance.
    b. One cabana reservation may be made per family per calendar week, i.e. Monday - Sunday (rental fees apply)
    c. Up to four chairs per family per week. (i.e. 4 chairs per one day or , 1 chair for 4 days, etc.)  Weeks run Monday through Sunday.
    d. Open chairs and cabanas will become available to those on the wait-list 48 hours in advance. Preference will be given to families with no other rentals that week. Otherwise, chairs and cabanas will be on a first come, first served basis.
2. Designated "adults only" area means no persons under the age of 21
3. Family Member Guests, House Guests and Family House Guests do not need to be accompanied by a member.
4. All other guests must be accompanied by a member and no guest may bring a guest.
5. Individuals use the pool at their own risk. No lifeguards are provided. Cover-ups and footwear must be worn to enter and leave the pool area.
6. Persons who leave the pool area for over thirty (30) minutes must relinquish lounges or chairs by removing all towels and personal belongings. Reserving of chairs for persons absent from the pool area is prohibited.
7. All persons using the pool furniture are required to cover the furniture with a towel when using suntan lotion. Pool furniture may not be removed from the pool area.
8. Running, ball playing, noisy or hazardous activity will not be permitted in the pool area. Pushing, dunking, diving and dangerous games are prohibited. Out of consideration for others, volume of radios and recorders must be kept at a reasonable noise level.
9. No eating or drinking in the pool, hot tub, splash pad or playground
10. No glass is permitted at the Curve, this includes playground, Honeybell, pool desk, splash pad and basketball court.

11. A child under the age of thirteen (13) shall not enter the pool unless accompanied by an adult. No children under the age of thirteen (13) shall be permitted to use the hot tub without adult supervision. Children under the age of five (5) are not permitted in the hot tub. Toddlers and babies who are not toilet trained must wear bathing suits and "swimmies/water resistant diapers."
12. No smoking permitted  on The Curve property, this includes fitness, tennis, pickleball, playground, pool deck, Honeybell and basketball court.
13. Private pool parties
    a. No Private Pool Parties will be allowed on Holiday Weekends.
    b. No Private Pool Party can "piggyback" on a BGPOA sponsored Pool Party.
    c. When a private pool party is scheduled, the member sponsoring the party will be required to hire the appropriate number of lifeguards per children. If the member will be using a jumbo slide, an attendant for the slide, provided by the vendor must also be present.
14. All food and beverages consumed at the pool must be purchased or supplied by Boca Grove. Please see addendum for allowable exceptions.
15. No bikes, scooters, skateboards, etc., permitted on the pool deck, playground or basketball court.
16. No pets permitted on pool deck or playground
17. Changing of diapers must be done in the restroom only
18. Proper swim attire required - All members and guests must have on acceptable attire intended for swimming.  The type of swimwear is up to the discretion of the individual based on approved styles.  This is a diverse community with different ideas of modesty and we ask that everyone is appropriately covered at all times

## COLD PLUNGE RULES

1. Do not use the cold plunge if you have cardiovascular conditions, high blood pressure, respiratory problems, or other serious health issues.
2. Pregnant individuals should consult with their healthcare provider before using the cold plunge.
3. If you feel lightheaded, dizzy, or experience any discomfort, exit the cold plunge immediately.
4. Limit your time in the cold plunge to no more than 5 minutes per session.
5. Shower thoroughly before entering the cold plunge to remove any lotions, oils, or dirt.
6. Swimwear is required; no street clothes or shoes allowed.
7. No diving, jumping, or horseplay is permitted in the cold plunge area. Keep noise to a minimum to ensure a relaxing environment for all users.
8. Children under 13 years must have adult supervision
9. One person (1) occupancy at a time per plunge
10. Children under the age 5 are not permitted in the cold plunge.
11. Members must follow staff instructions and posted guidelines at all times.
12. Do not bring food, drinks, glass containers, or electronic devices into the cold plunge area.
13. By using the cold plunge, members acknowledge they have read and understood the rules and assume all risks associated with its use.

## GT SWARM RULES

1. Children under 12 years old must be accompanied by an adult.
2. No Wet Clothes. Shoes Required
3. Keep volume to a minimum
4. Please clean up the area after use and throw trash away. Return equipment to where you found it
5. No outside food is allowed
6. No glass bottles
7. Do not throw things at each other
8. Maximum Capacity: 20 persons

## THE HIVE RULES

1. The Hive childcare service is a temporary (2 hours) service provided for Boca Grove members' and guest's children and grandchildren. Reservations for The Hive are highly encouraged and can be made up to 48 hrs. in advance. Fees will apply for all reservations and walk ins.
2. Member/ guest must sign all pertinent paperwork for children to engage at The Hive services.
3. Guardians must remain on BGPOA property.
4. There is a strict "No diaper changing policy". Guardians will be called to change diapers.
5. The Hive is a NUT FREE ZONE. Gum is not allowed.
6. Everyone in the Hive must wear shoes and clothes. Clothes may not be wet to enter.
7. No outside toys allowed. All Toys in The Hive must remain in The Hive.
8. Parents are not allowed to take pictures of their children or other children while in The Hive.
9. Parents whose children cry consecutively for 15 minutes will have to be picked up immediately.
10. Children are not responsible for comforting their upset siblings.
11. Temperature checks may be taken for every child upon arrival.
12. If a child registers a temperature of 100.4 that child is not permitted into The Hive.
13. If a child appears to be sick (runny nose, excessive coughing, sore throat, vomiting, skin rash or difficulty breathing etc. parents will be contacted immediately to pick up child/ children.
14. Staff is not authorized to administer and medication.
15. The Hive does not tolerate inappropriate behavior including, refusing to follow behavior guidelines, or The Hive rules, using profanity, vulgarity or obscenity, stealing or damaging personal or BGPOA property, refusal to participate in activities and/or cooperate with BGPOA staff, disrupting a program, leaving a program and or area without permission, endangering the health and safety of other children and/or staff.
16. Teasing, making fun of or bullying other campers or staff, fighting of any kind is not permitted.

## DOG PARK RULES

1. BGPOA Dog Park is for Boca Grove residents, their guests and dogs. Guests must be preregistered with BGPOA.
2. BGPOA Dog Park in an unsupervised facility and use of the facility is at user's own risk. Owners are responsible for their dogs and any related damages or injuries.

24

Boca Grove Rules and Regulations (November 2024)

3. Hours are Sunrise to Sunset unless otherwise determined by Management or BGPOA Board or Directors.
4. RESERVED TIMES
   a. Small Dogs, under 25 pounds, are 3pm-4pm | Large Dogs, over 25 pounds, are 4pm-5pm
   b. Any other time slot is available to dogs of all sizes.
5. Dogs must:
   a. Wear a collar or other substantial secure device to clearly display ID tag.
   b. Have current rabies and applicable licenses tags clipped to their collars at all times.
   c. Have up-to-date vaccinations prior to entering the dog park. Owners should keep a copy of current shot records on hand for police and/or animal control officers.

6. Prohibited in Dog Park:
   a. Dogs with aggressive behavior
   b. Dogs in heat
   c. Dogs that are sick or have contagious conditions
   d. Dogs under four months of age
   e. Children under 13 years of age, unless supervised by an adult
   f. More than 3 dogs per handler
   g. Animals other than dogs
7. Dog Owners/ Handlers Responsibilities:
   a. Immediately remove dog from the park if it acts in an aggressive or unruly manner.
   b. Remove dog from park if it barks persistently
   c. All owners must pick up after their pet and properly dispose of waste. Failure to do so will result in a fine.
   d. Immediately stop their dog from digging. If digging occurs, owner is responsible for repair fees of the turf and all that that implies.
   e. Remain in the dog park with their dogs and closely monitor their dogs and children at all times.
   f. Have their dogs leashed until they are within the fenced-in dog park, before exiting the dog park, and at all times outside the dog park. Once unleashed, dog owners/handlers should be able to quickly leash and remove their dog from the premises.
   g. Be responsible legally and financially for any injuries or damages caused by their dog.
   h. Do not give treats to any dog without the owner's permission.

## ARCHITECTURAL CONTROL COMMITTEE (ACC):

1. **ACC PURPOSE:**
   The purpose of Boca's Grove Architectural Control Committee (ACC) as defined in the Amended Declaration of Protective Covenants and Restrictions for Boca Grove Property Owner's Association ("Covenants") is to preserve the values and appearance of Boca Grove.

2. **AREAS OF RESPONSIBLITY:**
   The ACC's primary areas of responsibility include but are not limited to residential homes and their properties, alterations, modifications, and renovations. The ACC is also charged

with the responsibility to ensure that the maintenance of all residential property visible from the streets, Golf Course and Common Areas meets the requirements and standards of the ACC. However, the ACC has no purview over neighbor-to-neighbor issues i.e. adjoining lot lines, shared hedges, overhanging trees, etc. The ACC also ensures that the Boca Grove entrances are maintained to meet the ACC standards at all times.

3. **ACC POLICIES:**
   a. It is the Owner's/Builder's responsibility to ensure that a construction site on a lot is always safe and secure.
   b. In the event a severe storm or hurricane warning is issued for Palm Beach County, the construction sites shall be inspected and secured by the builder with belts and/or suspenders to prevent any loose building material from being blown from the lot.
   c. The Builder, the subcontractors and suppliers shall not erect any signs except for a permit box as required by Palm Beach County.
   d. All renovation/construction materials, vehicles, equipment, supplies, temporary facilities, and construction activities must be contained entirely within the lot. All dumpsters must be covered at the end of each working day and when the container becomes full it must be removed.  No trailers may be left on property overnight.
   e. The lot and improvements must be kept in good repair and secured, including but not limited to pool areas.  Lawns and shrubs must be maintained and irrigated.
   f. All construction sites are required to have a Concrete Washout container when washing out concrete at construction sites. Failure to comply will result in a construction fine of $100 (see construction fees).
   g. Port-O-Potty: Are not to be visible from the street or golf course. Homeowners, when doing renovations, who do not have a construction fence in place, must require their contractors to cover the Port-O-Potty's being used for their workers. Homes that are not on the golf course may have the port-o-potty located in the back of the home. Homes on the golf course must provide screen / coverage by a fence around the port-o-potty.
   h. PODS: Any POD staying on a property for more than five days is required to screen / cover their property with a fence as if it were a construction site.
   i. Water drains where construction is present is to be screened / covered to avoid any property damage.
   j. Sidewalks: Any damage done during construction to the sidewalk of a construction site will be the responsibility of the homeowner to fix.

Trailers: No trailers are allowed on property overnight unless prior written approval from the ACC is granted.

4. **HOMEOWNERS PROCEDURES FOR EXTERIOR CHANGES AND RENOVATIONS/ADDITIONS**
   All submittal information and applications on ACC forms must be submitted for approval in their entirety before the request can be considered. Applications may be obtained by contacting the BGPOA office at 487-5300 x200 or email acc@bocagrove.org.

All alterations, additions or changes to any property in the 247 homes within Boca Grove which are not regulated by a sub-association (i.e. a condominium association or a homeowner association other than BGPOA) must be approved by the ACC. For those homes included in and

governed by a Sub association approval must be first obtained and thereafter a BGPOA ACC application shall be submitted for review and approval by the committee.

The required submittal shall include a completed application which shall be delivered or emailed to BGPOA office.  Please visit the POA section of the BGPOA website or contact the BGPOA office for an application with details.

**Cost of reviewing plans**: Exterior renovations/additions/pergola and landscaping plans submitted will be reviewed by the ACC's architect. The cost of this review will be passed on to the owner of the lot. Cost will be based on the architect's hourly rate.  Please see fees for the cost of reviewing plans and their specifications.

The ACC will respond to a request for approval within thirty (30) days from the time that all such plans and specification and other required items are delivered to the ACC. Members attending an ACC meeting to present their property will be given 10 minutes to present their project.

5. **STRUCTURES**
   Holiday structures and lighting may be installed, displayed, erected or assembled and playhouses, treehouses or structures of a similar kind and nature may be constructed with the written permission of the ACC. General guidelines for uninhabitable structures are as follows:
   a. **Garages:** Each home must have enclosed garage space adequate to store two standard size automobiles.
   b. **Third Level:** No inhabitable structures over two stories.
   c. **Pergolas:** Plans must be submitted
      i. Shall be constructed in accordance with the permit issued by Palm Beach County Building Department. Permit must be submitted to the POA office before commencing the project
      ii. Setback minimum of 7.5 feet from rear lot line.
      iii. Submit rendering
      iv. Submit pergola material and color.
      v. Submit site plan with proposed location and property survey

6. **ARCHITECTURAL CONTROL COMMITTEE REVIEW:**
   The ACC, in consultation with a licensed professional, reviews the Application and the required SubmittalMaterial (plans and specifications, etc.) submitted to determine if the proposed modifications/alterations/improvements complies with the Covenants and the ACC Rules, and to determine if the proposed modifications/alterations/improvements conform in appearance with the Standards and Policy set forth in the Covenants and the ACC Rules.
   ACC approval is based only upon the aesthetics of the owners proposed changes. The approval should not be taken as any certification as to the construction worthiness, structural integrity, legal compliance, or the like of the change the owner proposed. The owner is responsible for contacting the appropriate Utility Companies before any digging.

   The ACC reserves the right to inspect all changes upon completion to ensure compliance with the original request. If the original plans change in any material way, the owner must submit another request for approval showing these changes. Owners will be notified of any

Boca Grove Rules and Regulations (November 2024)

non-compliance additionalACC requirements or approval by the ACC. Owners are required to correct any deficiencies the ACC notifies them within 21 days.

Owner must comply with all local building codes and setback requirements when making any changes. A building permit application may be obtained at the Palm Beach County Building County Building Department or on their web site.

## 7. LIMITATION OF RESPONSIBLITIES:
The ACC does not and shall not review nor assumes any responsibility for the following:
a.  The structural adequacy, capacity, or safety features of the proposed changes/modifications/alterations/improvements in any matter whatsoever.
b.  Whether or not the location of the proposed modification/alteration on the building site is free of possible hazards from flooding, or from any other possible hazard whether caused by conditions occurring either on or off the property.
c.  Soil erosion, uncompact-able, or unstable soil conditions.
d.  Mechanical, electrical, or any other technical design requirements for a proposed project.
e.  Compliance with any and all building codes and safety requirements, or governmental laws, regulation codes or ordinances.
f.  The presence of any utilities.
g.  Performance or quality of work of any contractor.

An approval granted by the ACC will expire sixty (60) days from the date of approval unless the work hasbeen commenced or the owner has given notice and reason to the ACC that a delay has occurred and the ACC consents in writing to the length of the extension.

The owner understands that the ACC approval of the requested changes does not at any time waive the responsibility for owner to obtain or in any way substitute for a mandatory building permit from the proper governmental authorities, nor does it in any way guarantee the workmanship or quality of the requested work.


## LANDSCAPING

**Specific Planting Requirements**: Ficus hedges and Ficus trees are not an approved specimen for either the residential or corporation property at Boca Grove. To clarify, members are not required to remove their current Ficus plants. Moving forward, the planting of new Ficus hedges and/or trees is prohibited. If you need to replace one or two Ficus plants, you may do so, but the planting of new Ficus hedges and Ficus trees are no longer allowed.

### 1. LANDSCAPE PLANS

#### a. Complete Renovations
Landscape plan prepared by a licensed Landscape Architect must be submitted no later than 30 days prior to installation. ACC approval of such plans is required prior to installation.  Such plans shall comply with the following:
  i.   Landscape plans - Scale 1/8" = 1'
  ii.  Plant material list including quantity, size, height, and spread of plants.
  iii. All plants must be Fla #1 or better, as described in Grades and Standards for Nursery Plants Part I & II latest edition published by the

Florida Department of Agriculture and Consumer Services.

    iv. Except as set forth in the ACC rules trees may not be cut or removed without prior ACC approval. When a tree is removed, the owner shall replace it with another tree acceptable to the ACC at that location or on another portion of the property. The ACC may approve non-replacement.

    v. 100% automatic irrigation of all planted areas from roadway throughout entire plated lot is required.

    vi. Plans must meet all other landscape requirements.

    vii. Major landscaping projects are required to submit 3D renderings of proposed changes

    viii. Applications requesting to remove/add trees and/or hedges on a shared property line will require the signature of both homeowners.

    ix. All newly proposed hedges are to start at a minimum of 7 gallons

**b. Partial Renovations**

Any plan that requires changing location of plant material and/ or replacing 25% of the area with shrubs, grass, perennials, etc. shall comply with the following:

    i. Plans may be drawn by a Florida Licensed Landscape Architect, Nurseryman, Nursery Stock Dealer, or Agent registered under F.S. Chapter 581.

    ii. Plans must be drawn to clearly represent the property and the proposed plantings.

    iii. Plans to include plant list, quantity, and size.

    iv. Plans must be submitted to the ACC for review and approval.

    v. Plans must meet all other landscape requirements.

    vi. Applications requesting to remove/add trees and/or hedges on a shared property line will require the signature of both homeowners.

    vii. All newly proposed hedges are to start at a minimum of 7 gallons

**2. PLANT MATERIAL AND TREE REQUIREMENTS**

    **a. Shrubs:** A variety of low-maintenance and native and flowering shrubs are encouraged.Flowers and beds are to be mulched and maintained throughout the year.

    **b. Hedges:** Hedges shall be planted and maintained to form a solid visual screen. All new construction, partial or full re-landscaping projects must comply with the following guidelines:

Height of hedges are to start at a 7-gallon minimum when providing coverage or lining the home. 15-gallon minimum when adding hedges to the rear of your home, if facing or on the golf course

    **c. Ground Covers**: When used in lieu of grass in whole or part, ground covers shall be planted in a manner as to present a finished appearance with 80% coverage and 100% coverage without barren soil or mulch exposed within 6 months of planting.

    **d. Turf Areas:** Lawn areas excluding the swale must be planted with certified St. Augustine or Floritam.

    **e. Synthetic (grass) ("Replica Turf")** – homeowner must submit for approval:

**Quality**
1. Replica Turf for lawn application must meet the following minimum requirements:
    a. Face weight of at least 60 oz. per sq. yard.
    b. Pile height of at least 1.5".
    c. Fiber type of polyethylene.
    d. Natural green color blend that replicates premium natural grass look and feel.
    e. Warranty of at least 10 years duration covering fading, fiber degradation, and streaking.
2. Turf samples in minimum size of 12" x 12" with descriptive label attached must be provided for review and approval by the Committee prior to installation.
3. Country of Origin of Replica Turf must be of United States origin with a warranty backed by US manufacturer. Copy of manufacturer warranty must be provided for review and committee approval.

**Installation**
1. Installation of Replica Turf must meet the following minimum requirements:
    a. Sod removal and level grading of the native soil.
    b. Supply and install at least 3" of compacted base materials that drain well.
    c. Seaming of turf materials with manufacturer approved synthetic turf adhesive and seam tape.
    d. Infill with at least 2 lbs. per sq. ft. silica sand (no crumb rubber).
    **e.** Professional installation by company with at least 5 years' experience installing Replica Turf applications.

**Warranty**
1. Installation warranty of at least 2 years duration certifying that the Replica Turf is installed to professional industry standards and in accordance to manufacturer's specifications. Copy of warranty must be provided for review and committee approval.

**Replica Turf Seen From The Street**
1. All Replica Turf, whether in lawn, driveway or any other area, seen from a street shall not extend beyond the edge of the sidewalk closest to the home, or where there is no sidewalk due to the presence of a driveway or other improvement, then the Replica Turf shall not extend beyond an imaginary line extending from the edges of the driveway closest to the home on either side of the sidewalk, abutting such driveway or improvement.
2. Swales shall always consist entirely of natural grass. There shall never be Replica Turf in a Swale.
3. Driveway islands shall always consist of entirely natural grass and plant materials. There shall never be Replica Turf on a driveway island.
4. Replica Turf must be swept or otherwise kept clean of leaves and other debris on a regular basis (discussion point/the reason for this is that as opposed to natural grass, leaves and debris on Replica Turf lay flat on the surface and are highlighted and the surface of the Replica Turf which is not regularly cleaned through mowing).

**General**
Replica Turf shall not abut natural grass and must be separated by a landscape barrier approved by the Committee.
**White Gravel:** White gravel cannot be used as mulch in areas that are visible to the street or golf course.

3. **PLANTING REQUIREMENTS**

   a. **Planting Beds:** Planting beds are required to have 80% coverage at time of installation regardless of quantities shown on plan. The desired effect of planting groups is one of fullness.

   b. **Walls:** Particular attention should be given to homes with expansive areas of plain exterior wall (areas without windows, doors, detailing, etc.), especially when these elevations are visible from golf course areas, across lakes, roadways, and from neighboring homes.

   c. **Two Story Homes:** Two story structures may require taller vertical plantings (trees and palms) to break-up the mass of the building and provide privacy for neighboring properties.

   d. **Irrigation:** Automatic underground irrigation systems will be installed to provide 100% coverage of your property in addition to covering a minimum of twenty-five (25) feet of the adjacent corporation property or BGPOA Area as per the Boca Grove Documents Article III,34.

   e. **Landscape Lighting**: Landscape lighting is encouraged and shall be designed to minimize off-site glare and must be white/clear in color, colored landscape lighting will not be permitted.

   f. **Fences**: All new construction, partial or full re-landscaping projects must comply with the following guidelines as follows: Fences that are visible from the golf course and/or street must have shrubs, flowers or hedges on the outside of the fence. All residential lots that in any way are visible from the golf course, may not have a chicken wire screen, mesh fence or any other type of blocking device attached to the property 's fence unless a hedge planted on the golf course side of said fence. Fences must have plantings consisting of 18" ht. x 12" spr., plants located 18" o.c. (size is at the time of planting).

   **Side Fences to Water Line:** If the property backs to a lake or water area and the fence is being replaced with a fence that runs to the water line the following requirements must be followed:

   - Fencing has to be dark in color, no white fences
   - Fencing must match other fencing on homeowner's property, unless they are white,then all fencing must be replaced.
   - End caps that hit the water line cannot be exotic in look, unless approved by the ACC
   - Severe slope into the water, the fence must be aesthetically pleasing with a step-down look and must be extended all the way to the water line.
   - If fencing is replaced and goes to the water line, when water levels drop, homeowner must remove sprinkler piping from the property to the lake. Paint a dark color or replace with dark pipes.
   - Homeowner must sign fence agreement with BGPOA to install such fencing.
   - Fencing plan must be submitted to the ACC with topography of the land and design of fence to fit said topography.
   - BGPOA can access the property and remove fencing in emergency situations at owner's expense.

g. **Screen Enclosures:** All new construction, partial or full re-landscaping projects must comply with the following guidelines: Screen enclosures that are visible from the golf course and/or street must have shrubs, flowers, or hedges on the outside of the enclosure. Enclosures must have plants consisting of 18" ht. x 12" spr., plants located 18" o.c. (size is at time of planting).

h. **Open and Visible Rear Properties:** Where residences have no enclosures whatsoever, the resident is required to establish and maintain a reasonable landscape plan which would include trees, bushes and shrubs as approved by ACC.

4. **LANDSCAPE MAINTENANCE**

a. **Mowing:** Recommended mowing timetable is four cuts per month from May through October; two cuts per month from November through April.

b. **Trimming:**

  i. **Palm trees:** All palms should be checked once a month to remove any dead fronds and those fronds touching homes. Fronds touching roofs can lead to a rodent problem**.**

  ii. **Canopy trees**: All canopy trees should be trimmed at least once a year. All canopy trees over walkway and roadways should be elevated to minimum height of seven feet. Unnatural pruning such as hat racking, lollipopping or other methods that constitute "tree abuse" shall not be permitted.

  iii. **Shrubs and Hedges**: Flowering shrubs and hedges should be trimmed, with care being taken to maintain shape and promote new bud growth. Trimming should be done three times per year.

c. **Fertilization:**

  **Palm trees:** All palms should be fertilized three times per year (once every four months). Canopy trees: All canopy trees should be fertilized two times per year (once every six months).

d. **Pesticides:** All turf and shrub areas should be treated on a preventative basis.

e. **Irrigation:** Irrigation systems should be visually checked after mowing and wet checked once a month.

f. **Mulch:** Mulching materials are used for three general purposes:
  - Retain moisture;
  - Control weeds; and
  - Improve aesthetic value

  Mulch should be applied at least once per year to all shrub and tree beds. Mulch should be added to a minimum of 1 ½" to 3" in thickness to achieve solid coverage.

## PROPERTY MAINTENANCE

Each Homeowner shall maintain their property and home in good condition, appropriately painted and cleaned. Grass and shrubs shall be maintained in a healthy and neatly trimmed manner.

a. **Pressure cleaning:** All walls, roofs, structures, driveways and walkway areas should be pressure cleaned as required to keep clear of weeds and mildew-free.

b. **Painting:** Walls should be painted as needed and noticeable peeling and flaking is to be corrected as soon as possible.

   c. **Landscaping / Trees:** Keep trees clear from sidewalk, prevent roots from lifting sidewalk. Trees and shrubbery should not block walkways.

   d. **Driveways:** All driveways are to be clear of bikes, scooters, golf carts, toys, etc. after 10 pm

## ACC VIOLATION NOTIFICATION PROCESS:

The ACC conducts routine property inspections and notifies owners of violations by letter. If the condition of the property or home is not maintained as stated above the ACC shall give written notice of the violation. The first violation letter requests that the violation be corrected within 21 days. If violation is not corrected – the ACC issues a Final letter with 10 days to comply. If the condition has not been corrected at the end of the period, the Association may have the condition corrected at owners' expense. Homes with overgrown landscaping will result in an immediate 10-day notice.

## RENTAL RULES

1. In order for a homeowner to lease his/her dwelling, lessee's must complete a Designated Lessee Form and go through the membership approval process and be approved by Boca Grove Property Owner's Association.  Any one unit may not be leased more than twice per any 12-month period.
2. If a lessee wishes to use BGPOA facilities, they must fill out a membership application and submit it for approval by BGPOA BEFORE the lease becomes effective. The homeowner can give use of his/her membership to the lessee, thereby taking an absolute leave from use of his/her own membership privileges during the term of the lease. The type of membership the lessee may utilize is dependent on the homeowner's membership.
3. No lessee will be permitted use of BGPOA facilities for more than twenty-four cumulative months under the term of a single lease or multiple lease agreements-regardless of the homeowner or homeowners. If lessee opts to lease more than two years, lessee will have no membership privileges as well as no guest privileges. The intent is to restrict indefinite long-term use of BGPOA facilities without the obligations and responsibilities of full membership.
4. Lease approval is dependent upon the homeowner's BGPOA and POA accounts being current and remaining so for the duration of the lease or unless approved by the Board of Directors. To circumvent any embarrassment, both the homeowner and lessee will be notified in the event an account becomes delinquent and suspension of membership is pending.
5. The owner will be responsible for all unpaid charges incurred by the lessee as if the charges were incurred by the owner.

## SECURITY RULES

1. **PARKING**

   a. Parking on the street is not permitted where it has the potential of impeding the free accessibility of emergency vehicles such as fire, ambulance, police or Boca Grove Security.

   b. No motor vehicle of a member or of a guest shall be parked on the roadways between the hours of 11:00 pm and 7:00 am.

   c. The following parking restrictions shall apply to Mandarin Drive, Valencia Drive and Hamlin Drive, Harrow Court, Campo Florido, Afton Villa Court, Greenwood Court, Bellechasse Court, Frontenac Court:

      i. On odd numbered days, all vehicles are required to park on the odd numbered side of the street.

      ii. On even numbered days, all vehicles are required to park on the even numbered side of the street.

   d. Individual HOAs may have their own parking rules.  If you live in or visit one of these communities, please be sure you know their specific rules.  As a reminder, neighborhoods with their own HOA who own the streets include: Coventry, Islands, Los Rayos, and The Estates.

   e. Every Resident Member is urged upon observing such a violation to immediately report such violation to Boca Grove Security for its attention.

   f. Members of Boca Grove shall be responsible for any illegal parking by their guest(s), service contractors or their employees.

   g. **Special Occasion / Multiple Guest Parking:** All private functions or events which a Member/host may reasonably expect to generate required parking spaces for twenty-five (25) vehicles or more shall be required to meet the following requirements:

      i. Notify the Office of the General Manager of the planned event or function no less than seven days prior to the date set for such.

      ii. Use ABDI Fast Access to clear guests through Security. Prepare a list of the names of each invited guest and deliver the list to the Director of Security no less than seven days prior to the date set for the function or event. If not so listed in accordance with this rule, guests merely identifying themselves at the gate as invitees of a BGPOA member shall be denied entry unless first authorized by the member/host. This process will require individual phone calls to member/hosts from Security for each non-listed expected guest.

      iii. Arrange for valet service no less than seven days prior to the date set for the function or event and advise the Director of Security as to the particulars and details of such arrangements including:

         a. name, address and phone number of the valet service

         b. number of valets retained

         c. the exact time sequence for which the valets are expected to be on duty

      iv. The General Manager or POA Manger shall have the authority, in exercising discretion designed to provide for the safety and convenience of BGPOA members, to require that the guest vehicles be parked in BGPOA's parking lot. In such an event, the General Manager or POA Manager shall notify the member/host of such a requirement no less than five days prior to the date set for the function or event. The member/host shall thereupon be required to provide valet shuttle service for arrivals to the function or event from the parking lot to the member/host home and for departures from the member/host home to the parking lot.

   h. No parking is allowed at any time in designated fire lanes, on public sidewalks or within 15 feet of a fire hydrant.

   i. Car covers are not permitted on residential or corporation property at any time.

     j.  Homeowners, their guests, maintenance people and laborers must park off roadways when possible, otherwise park only on one side and in one direction without blocking the sidewalk

## 2.  BIKES, SCOOTERS, AND SKATEBOARDS
a. Any motorized bike, scooter, or skateboard must be driven on the streets and not on sidewalks.
b. Any motorized or unmotorized bike, scooter or skateboard must have reflective taping visible to drivers on the roads.
c. According to FS 316.2065, any person under the age of 16 driving or riding a motorized or unmotorized bike or scooter must be wearing an approved helmet.
d. No one aged 12 and under can operate a motorized bike, scooter, or skateboard within the BGPOA boundaries.

## 3.  SPEEDING, STOP SIGNS, AND RECKLESS DRIVING
a. Speed limits, stop signs and reckless driving rules apply to all motorized vehicles including bikes, scooters, skateboards, and golf carts.
b. Members and their guests must observe the posted speed limits. If no limits are posted in an area, the speed limit is fixed at 30 miles per hour on Boca Grove Blvd and 25 miles per hour on other local streets.
c. Any violation of a speeding rule, imposition of fines, or suspension of transponder can not be appealed to the Board.
d. All motorized vehicles must abide by stop signs throughout the BGPOA property.
e. Members are responsible for any speeding violations and stop sign violations of their guests or contractors.
f. No motorized vehicle shall be operated in a reckless manner that endangers the safety of other people.
g. **TRAFFIC LOGIX:** Boca Grove uses Traffic Logix cameras to monitor speed. Members are responsible for violations incurred by guests.  Stop at all stop signs and slow down over speed bumps.

## 4.  GOLF CARTS
a. All golf carts utilized within the BGPOA property whether on the golf course or the streets must be registered with the golf shop, provide proof of appropriate insurance, and have a current decal attached to the cart.
b. All golf carts must have functioning headlights and taillights.
c. Any persons under 18 years of age must have a valid driver's license or learners permit to operate a golf cart. Persons over 18 years of age must have a valid form of government issued photo identification to operate a golf cart.
d. The number of people in a golf cart can not exceed the available number of seats in the golf cart.
e. No one is allowed to be sitting in the driver's lap while the golf cart is moving.
f. No one is allowed to stand on the side or rear of a golf cart while it is being driven in the community.

**FEES, FINES, AND PENALTIES**

*All the following fees, fines, and penalties apply to members of all classes and Activity Permittees unless stated otherwise.*

*In accordance with FS720, BGPOA is required to provide 14-day minimum notice to an owner of an intent to impose a fine or suspension of common area use rights must be in writing and must include a statement of the right to a hearing, and the hearing must be held within 90 days after issuance of the notice.*

1. **FEES**

   **FOOD & BEVERAGE MINIMUM**
   The Food & Beverage Minimum is $2,500 for family memberships and $1,250 for individual memberships. The annual minimum period is from July 1 through June 30 with any unused minimum being billed in June. There is a service fee of $125 per month for all memberships. This service fee allows management to have a more reliable cash flow allocated to staffing the various dining venues.

   **ACC COST OF REVIEWING PLANS**
   Exterior renovations/additions/pergola and landscaping plans submitted will be reviewed by the ACC's architect. The cost of this review will be passed on to the owner of the lot. Cost will be based on architect's hourly rate. Violation fee $100 per violation.

   **CONSTRUCTION FEES:**
   - Requirements for new construction and major renovations of any property within Boca Grove.
   - Dumpster deposit of $500 for any damages to POA property, inclusive of sidewalks
   - Violation fee of $100 per violation, maximum of $20,000 per lot. Examples include failure to properly cover dumpster and secure your project.
   - Perimeter fencing is required before commencing construction. Mandatory compliance within 21 days of violation notice.
   - Construction deposit $10,000, fully refundable after project completion if no outstanding violations.

   **PRIVATE SPACE RENTAL**:
   $1,000.00 rental fee may be required for opening BGPOA for a Member function.

   **OTHER FEES**
   Fees for use of facilities by members and guests shall be established by the General Manager and posted at the beginning of each year.  These fees are subject to change at the discretion of the General Manager.

## 2.  FINES AND PENALITIES

### USE OF GOLF COURSE FOR NON-GOLFING ACTIVITY (EXERCISING, FISHING, WALKING)
- First offense: $250 fine plus loss of transponder for 30 days
- Second offense: $500 fine and 30-day suspension and loss of transponder for 30 days
- Third offense and over: Board of Directors discretion through the Hearing process.

### TRASH PICK UP
Fines for not abiding to curbside trash policy:
- First Offense:     Warning sticker and note to file
- Second Offense: $50
- Third Offense:    $100 + 2 Week Family Transponder Suspension
- Fourth Offense and over: Board of Directors discretion through the Hearing process.

### FAILURE TO CLEAR DRIVEWAY AT NIGHT
- First Offense: Verbal Warning
- Second Offense: Warning Letter
- Third Offense: Fines to be determined by the Board of Directors

### GOLF DISABILITY FLAG
Fines for not abiding to disability flag rule:
- 1st offense - $50
- 2nd offense - $50 + mandatory use of BGPOA owned cart for the remainder of the round
- 3rd offense - $100 + 1 week suspension from use of golf facilities

### CART PATH
Fines for not parking on the path:
- 1st offense - $50
- 2nd offense - $50 + mandatory use of BGPOA owned cart for the remainder of the round
- 3rd offense - $100 + 1 week suspension from use of golf facilities

### FAILURE TO PICK UP AFTER A PET
$100 Per Incident

### AFTER HOURS ACCESS FOR FITNESS
Penalty for violating fitness after hours rules
- 30-day suspension of amenity use

### SECURITY RULE VIOLATIONS
Violations of Security Rules will result in the following fines and common area use right suspensions (including Transponders), which fines shall not exceed the statutory limit per violation.

**CLASS I: DANGEROUS/SEVERE VIOLATIONS:**
- ✓ Speeding up to 20 miles over the posted limit
- ✓ Speeding 20 or more miles over the posted limit warrants immediate 2nd Offense penalty
- ✓ Stop Sign: No Attempt
- ✓ Reckless Passing
- ✓ Reckless operation of golf cart
- ✓ Unspecified: Dangerous behavior, constituting risk of physical harm or damage
- ✓ Unlicensed golf cart driver
- ✓ Unregistered golf cart
- ✓ Golf cart over capacity
- ✓ Child sitting in driver's lap while the golf cart is moving
- ✓

First Offense: $100
Second Offense: $250
Third Offense: $500 + 1 Week Family Transponder Suspension
Fourth Offense: $1000 + 2 Week Family Transponder Suspension

**CLASS II: STANDARD VIOLATIONS:**
- ✓ Stop Sign: Rolling or incomplete stop
- ✓ Failure to follow traffic law while on golf cart, bicycle, scooter, skateboard, etc.

First Offense: Warning
Second Offense: $50
Third Offense: $100 + 1 Week Family Transponder Suspension
Fourth Offense: $100 + 2 Week Family Transponder Suspension

**CLASS III: PARKING:**
- ✓ Parking Overnight (11PM - 7AM):
- ✓ Parking on Sidewalks
- ✓ Blocking Walkways, Roadways, Traffic Lanes, Property Entrances
- ✓ Parking Against the Flow of Traffic
- ✓ Trailers, Campers & Boats
- ✓ Parking in Front of a Fire Hydrant
- ✓ Parking at Designated "No Parking" areas (Inclusive of BGPOA grounds)

First Offense: Warning
Second Offense: $25.00
Third Offense: $25.00
Fourth Offense: $25.00
Fifth Offense: $50.00 + 1 Week Family Transponder Suspension
Sixth Offense: $75.00 + 1 Week Family Transponder Suspension
Seventh Offense: $100.00 + 2 Week Family Transponder Suspension

**OTHER VIOLATIONS**

**LEVEL ONE VIOLATIONS**
- ✓ Physical altercation: member or staff
- ✓ Weapons used on POA common grounds
- ✓ Willful destruction of POA common property or members property

Fine per incident in increments of $500 ranging up to a maximum of $25,000, and up to 1 year suspension of use of all facilities and loss of family transponders for up to 1 year for Members and Cancelation of use rights of permittee without reimbursement of payment.

**LEVEL TWO VIOLATIONS**
- ✓ Theft over $100
- ✓ Abuse of staff and / or member
- ✓ Interference with POA operations including but not limited to direct or indirect interference with hired contractors

Fine per incident in increments of $500 up to $25,000 with suspension of membership rights from 1-3 months for both members and permittees

**LEVEL THREE VIOLATIONS**
- ✓ Failure to ride scooters/bikes in designated areas
- ✓ Failure to park scooters/bikes in designated areas
- ✓ Failure to have reflective tape or reflectors on bikes/scooters
- ✓ Walking in the middle of the road
- ✓ Improper dress in dining room and failure to leave
- ✓ Unruly children that are not monitored by adult
- ✓ Use of cell phones in prohibited areas
- ✓ Any violation of other BGPOA rules

First Offense: Warning
Second Offense: $50.00
Third Offense: $100.00
Fourth Offense: $100.00 + 1 Week Family Transponder Suspension

**NOTE: BASED ON THE SEVERITY OF THE VIOLATION THE GM OR THE BOARD MAY ELECT TO IMPOSE MORE SEVERE FINES OR PENALTIES. ANY SEVERE PENALTY OR FINE IMPOSED BY THE GM CAN BE APPEALED TO THE BOARD.**

**FOOD & BEVERAGE ADDENDUM**
Allowable exceptions include:

Baby Formula
Nutrition Bars
Sports Drinks

Boca Grove Rules and Regulations (November 2024)

**BGPOA GUEST FEES:**

| | |
|---|---|
| **FAMILY HOUSE GUEST**<br>**No fee accompanied per area**<br>**$5 unaccompanied per area**<br>**$20 Accompanied/ Resort Fee: Parties over**<br>**8+ PPL (PP)**<br>42x per year limit | **HOUSE GUEST**<br>**$10 accompanied per area**<br>**$10 unaccompanied per area**<br>**$20 Accompanied/ Resort Fee: Parties**<br>**over 8+ PPL (PP)**<br>21x per year limit |
| **FAMILY GUEST**<br>**$10 accompanied per area**<br>**$20 unaccompanied per area**<br>**$20 Accompanied/ Resort Fee: Parties over**<br>**8+ PPL (PP)**<br>n/a limit | **REGULAR GUEST**<br>$20 accompanied per area<br>$40 unaccompanied per area<br>$40 Accompanied/ Resort Fee: Parties over 8+<br>PPL (PP)<br>n/a limit |

**GUEST PASS PROGRAM**
- All members must give administration 48 hours for card/cards to be issued for guests
- Photographs captured of guests will be uploaded to the Jonas system (Front Desk Concierge)
- Members assume responsibility for all guests
- Guests are obligated to complete the check-in process
- Guests are not permitted to bring guests
- Guest must adhere to all rules and regulations while using any club facilities

**FITNESS**
- Guests must check-in with fitness or pool attendant
- Fee based classes/clinics are charged at 150% member rate (i.e. Pilates $20 for members $30 for guest)
- Guests are not permitted to bring guests
- Members receive priority access to all fitness/wellness classes
- Guests may not reserve Fitness classes prior to 24 hours in advance
- There are no complimentary guest days
- The guest-to-member ratio is capped at 3 to 1, with a maximum of 4 people utilizing the fitness facility
- The first guest rate is equivalent to the accompanied fee, while the other two guests are charged the unaccompanied rate
- November - April | Guest access is permitted after 9:30 am
- Guests must adhere to all rules and regulations while using any club facilities

**RACQUETS**
- Guests must check-in at Racquet Center Pro Shop
- Fee based classes/clinics are charged at 150% member rate (i.e. clinics $25 for members $37.50 for guest)
- Guests are not permitted to bring guests
- Members receive priority access
- Guests may not reserve courts prior to 24 hours in advance
- Complimentary guest access available on Tuesdays during the off-season.
- The guest-to-member ratio is capped at 3 to 1, with a maximum of 4 players per court
- Members may bring up to three guests, each subject to the accompanied guest fee
- November - April | Guest play is permitted after 9:30 am
- Guests must adhere to all rules and regulations while using any club facilities

Boca Grove Rules and Regulations (November 2024)