**Outlook**

Fwd: Upcoming Board Election: Names to Consider

**External Email**



From: **Jim Perilstein**
Date: Monday, January 6, 2025
Subject: Upcoming Board Election: Names to Consider
To:

To my Boca Grove friends:

At the upcoming Annual Meeting I will be retiring after serving 7 years on the Board. It was a wonderful experience, and it was a pleasure representing the entire community in the decision-making process that led to so many positive changes, from the conversion to a POA, One Membership and, obviously, the successful building of The Curve. Having been Treasurer for 4 years, and an Executive Committee member, I have a pretty good knowledge of the needs of the overall community, especially if we are to continue to be the Boca Grove that we all love and enjoy. That said, what follows is my opinion as a member of the community and doesn't represent the views of the Board or any other member.

One of the significant changes to our community over the past few years has been the growth of the non-secular community. While this has led to the addition of some dynamic, engaged members, it has also led to changes to our operations the Board felt were necessary and appropriate. I was fully engaged in the changes that allowed all members to participate in the life of the Club. It was the right thing to do and, as a

result, we have altered many of our rules, regulations and dietary models to help bind ourselves to others in a way that creates a strong community. Has it helped create a stronger community? Some would say absolutely, and some would say no.

Perhaps it's time to settle in for a while and allow the community to come together where we currently reside. That is not to say that common sense changes that help the entire community should not be embraced. Any change that can benefit all of us should be welcomed.

To move in that direction requires a Board that represents the majority of our members while still valuing and giving voice to members in the minority. While all of those who chose to run for the Board should be applauded and appreciated for their willingness to accept a pretty thankless, though rewarding position, there are a few who may especially deserve your consideration as we look to the future.

The three candidates I believe can best do that are:

> Brandon Rippo, who I have served with these past 3 years and who has been an outstanding representative of the membership, a fully engaged Vice President this year, and who, I believe, is entitled by accomplishment and dedication, to be reelected.
>
> Larry Cohen, who I served with in his past term on the Board and who sometimes represented a differing view than mine, something necessary on a Board where a variety of viewpoints need to be heard, but who always voiced an opinion of what he believed was in the best interests of the community.
>
> Donna Hattanbach Wolfe would be a wonderful new Board member as she is a fully engaged member, working as a member of the ACC Committee, and participating in all the sports and social activities the Club offers. One can always see her engaged with a wide range of members, listening to them, and offering her point of view. Her background; financial, organizational, leadership skills and her ability to build consensus through collaboration would be valued traits for a Board member.

While all the candidates for this year's Board have outstanding backgrounds and are worthy of your consideration, these three, in my view, are best suited to help the current Board members move us into the future.

As I said at the beginning, it has been a wonderful 7+ years serving on the Board and representing all of you. Thanks for giving me the opportunity to represent you.

Most sincerely,

Jim Perilstein

Please feel free to forward this to any member of Boca Grove that you believe would find it useful.