

*But, BG Thanks you for your financial support.

Menu

Reserve