

Isaac Scharf

## OFFICIAL NOTICE: Brining a grievance again Larry Cohen and Hilary Cohen for breaking election campaigning rule and rule 3

6 messages

---

**Isaac Scharf**                          Tue, Feb 18, 2025 at 6:27 PM
To: Jennifer Jolly

Hi Jennifer,

I am submitting a formal grievance regarding multiple violations of Boca Grove's election campaign rules and Rule 3 by Larry Cohen, his wife Donna Wolf, and Adam Corin at the Super Bowl party held on POA property.

**Violations of Election Campaign Rules:**
At the event, Mr. Cohen, Mrs. Wolf, and Mr. Corin were all wearing clothing displaying "VOTE FOR LARRY COHEN." This is a direct violation of **Election Campaign Rule (a)**, which explicitly prohibits the posting, circulating, displaying, or distributing of campaign material on **BGPOA or POA premises**. Given the clear wording of the rule, their actions were in direct defiance of Boca Grove's established election guidelines.

Additionally, as stated in the rules:

> **"Any violation by a candidate of these rules of election will be subject to termination of his/her candidacy and/or referral to the Hearing Committee. Any member (non-candidate) who violates the rules will be suspended for 30 days."**
> Given this policy, I formally request that the appropriate action be taken against both the candidate and the non-candidate members involved in this violation.

**Violation of Rule 3 – Member Behavior:**
Furthermore, their actions created an uncomfortable and hostile environment for myself and my family at the Super Bowl party. Rule 3 requires that members conduct themselves with courtesy and respect, treating others in a manner that would not be offensive to a reasonable person. However, their behavior, in overtly campaigning in violation of community rules, disregarded this expectation of civility and consideration for fellow members.

Given the seriousness of these violations, I respectfully request that this matter be formally reviewed and that appropriate disciplinary action be taken per Boca Grove's governing rules.

I appreciate your prompt attention to this matter and look forward to your response.

Sincerely,
Isaac Scharf

---

**Jennifer Jolly**                        Tue, Feb 18, 2025 at 10:34 PM
To: isaacscharf

Hi Isaac,

This was already brought to the Nominating Committee. They discussed ambiguities with both candidates and the candidates decided to have the runoff in February with a clean slate and to move forward.

Therefore, this is no longer a grievable offense.

Best,
Jennifer

Get Outlook for iOS

**From:** Isaac Scharf
**Sent:** Tuesday, February 18, 2025 6:27:22 PM
**To:** Jennifer Jolly
**Subject:** OFFICIAL NOTICE: Brining a grievance again Larry Cohen and Hilary Cohen for breaking election campaigning rule and rule 3

[Quoted text hidden]

---

**Isaac Scharf**                        Tue, Feb 18, 2025 at 11:16 PM
To: Jennifer Jolly

I would like to greive based on the breaking of rule 3 or are you letting me know that I cannot bring a greivence against someone that breaks rule 3?
[Quoted text hidden]

---

**Jennifer Jolly**                        Wed, Feb 19, 2025 at 12:28 AM
To: isaacscharf

Hi Isaac,

It's already been reviewed and ruled on.

Email 6/5 - OFFICIAL NOTICE: Brining a grievance again Larry Cohen and Hilary Cohen for breaking election campaigning rule and r...

Get Outlook for iOS

**From:** Isaac Scharf <
**Sent:** Tuesday, February 18, 2025 11:16:19 PM
**To:** Jennifer Jolly <
**Subject:** Re: OFFICIAL NOTICE: Brining a grievance again Larry Cohen and Hilary Cohen for breaking election campaigning rule and rule 3

[Quoted text hidden]

---

**Mailsuite Notification** — Wed, Feb 19, 2025 at 12:32 AM

Hot conversation: Jennifer Jolly opened it many times in a short period or forwarded it. View all 7 opens | turn off hot conversations

---

**Isaac Scharf** — Wed, Feb 19, 2025 at 10:46 AM
To: Jennifer Jolly

ok, thank you.

-Isaac

[Quoted text hidden]