RCS chat with Jennifer Jolly

Wednesday, Dec 4 • 12:35 PM

Hi Jenn. I was able to get a golf influencer to come and play boca grove. We're playing with him this Sunday and he's going to post some stuff etc... do you think we can get him a comped round of golf?

https://www.instagram.com/jakemadams3/profilecard/?igsh=MTc0Y3N5Mnc4MGFmbw==

Tap to load preview

Link previews are on.
Learn more or turn off in Settings.

Saturday, 7:44 PM



# Message Details

Type: Rich Communication Service Message
Priority: Normal
From: 
To: 
Sent: 12/4/24 12:35 PM
Received: Jennifer Jolly 12/4/24 3:23 PM
Read by:

Close