Gmail

Isaac Scharf

## Detailed Account of Events Leading Up to and During December 8th Golf Round with Jake Adams
1 message

**Isaac Scharf**     Sun, Jan 12, 2025 at 12:38 PM
To:

Dear Mr. Furr,

I am writing to you from Israel, as I take this matter extremely seriously and wish to address it with the utmost urgency. It is best that this is all in writing.

In the wake of October 7th and the rise in antisemitism, many in the Jewish community including myself, have felt compelled to openly express our Jewish identity in solidarity and resilience.

I am incredibly proud to be a member of Boca Grove, not only because it boasts a world-class golf course and amenities, but because it has long demonstrated its commitment to inclusivity, in particular supporting the Jewish community despite the associated challenges.

It is in this spirit I wished to have the club profiled by Jake Adams, whose social media presence is dedicated to humorously highlighting golf clubs that welcome Jewish individuals despite the historical exclusion of Jews from many prestigious golf courses.

The following is a detailed account of the events surrounding the visit of Jake Adams to Boca Grove on December 8th. I would like to emphasize that at every stage, the activities surrounding Jake's visit were fully authorized, encouraged, and supported by the staff.

On December 4th, I contacted Jennifer Jolly to inform her that I had connected with a golf influencer, Jake Adams, and that I wished for him to review the club. I provided her with a link to his page and asked whether we could comp his round.

Since I did not hear back from Jennifer, I contacted the golf shop and spoke to Dan. Dan was very familiar with Jake and enthusiastically supported him reviewing the club on December 8th. Dan suggested scheduling the round for late afternoon to ensure that Jake's activities do not disturb other members.

Jake arrived at around noon on December 8th, checked in and introduced himself to the staff. The staff was extremely enthusiastic, directing him to the various areas he would be going and offering to assist in any manner during his visit. The staff was also notified regarding a kosher food delivery we had arranged for Jake as part of his content creation. The staff offered to bring the food out to the group or hold it for us by the turn after the ninth hole.

Jake and our group of 4 teed off with members of the staff looking on at about 2:00 pm. At the turn Rob, Dan and other staff members joined us to enjoy the food and watch Jake's content creation, including his "pickle review," which is a central part of his comedic approach. The food was arranged as a courtesy free of charge by Shlomo Goldman without any expectation whatsoever that his supermarket would be mentioned in the review.

Dan came out and joined us on the 12th hole. He gifted Jake apparel from the golf shop and suggested we move quickly to the par 3 13th hole to film Jake's "bar mitzvah hole" content before it got too dark. The bar mitzvah hole is where Jake has the members dance and celebrate with him after sinking a putt for par.

We finished on a quiet course, allowing Jake to create additional content without disrupting anyone.

In the weeks following Jake's visit, Dan and the staff repeatedly expressed their excitement and anticipation for Jake's review.

You are welcome to reach out to Jake directly via his email at     He can confirm that he only profiles clubs with the knowledge and support of the staff. Upon his arrival at Boca Grove, he checked in and personally introduced himself to the staff, ensuring that everyone was aware of his visit. That he interacted directly with the head of golf and several other staff members throughout the day. The staff was actively involved in coordinating various aspects of the visit, including the kosher food delivery for Jake's content, the "Bar Mitzvah hole" celebration on the 13th hole, and ensuring that everything proceeded smoothly.

It is my understanding from Jake, that the video has received overwhelmingly positive feedback. He believes that the response will continue to be one of positive recognition for Boca Grove as a world-class, inclusive club and community. It was always Jake's intent to showcase the warmth and inclusivity that Boca Grove embodies, particularly toward the Jewish community.

However, if the board deems it necessary, Jake would consider making changes to the post or addressing any misunderstandings or grievances through a follow-up post. His priority is to ensure that Boca Grove is accurately and positively represented.

I fully understand that Jake Adams' review may not align with the tone or style that would typically be representative of an official marketing campaign for Boca Grove. While some portions of the review may not be to everyone's liking or align with our sensibilities, I hope that it is appreciated within the context in which it was made and the audience it was intended to reach.

That being said, I fully appreciate the board's concerns and I am truly sorry for any misunderstanding.

Respectfully submitted,

Isaac Scharf