



VIA USPS AND EMAIL

January 14, 2025

Mr. Isaac Scharf

      Re:    Notice of Violation and Proposed Penalty
              Boca Grove Property Owner's Association, Inc. ("BGPOA")

Dear Mr. Scharf.

At a Regular Meeting of the Board of Directors ("Board") held on January 13, 2025, the Board reviewed a grievance describing a video posted on social media, tagging bocagrovecc. The video was filmed by your guest on BGPOA property on December 8, 2024. In the video, there are several references to religious practices that have been deemed offensive to a reasonable person.

Upon further investigation and review, the Board has determined that the grievance constitutes a violation by you of the Boca Grove Rules and Regulations ("BGPOA Rules"), General Rules 3 as well as a violation of the Code of Ethics, which is attached. Rule 3 states, in pertinent part:

> General Rule 3 – Member Behavior: The conduct, language and habits of members and/or their guests within the Boca Grove complex and under the control of the Boca Grove Property Association shall be tempered with courtesy and respect for fellow members, BGPOA employees and employees of contractors. BGPOA members and their guests shall treat everyone with civility and in a manner that would not be offensive to a reasonable person.

The Board has taken into consideration the above-referenced conduct and has proposed a penalty of ninety (90) days suspension. Suspension includes, without limitation, the deactivation of all auto transponders associated with your membership. During the suspension, you and any of your family members, medical aide, nanny/housekeeper and/or guests are prohibited from using any and all POA property, facilities and services, which include the clubhouse, pool area, pool dining, The Curve, all Curve classes, the playground, children's facilities, tennis facilities including pickleball courts, any and all golf facilities, driving range, putting green and the golf course. The suspension will not preclude you from using the sidewalks, roads and entrances to the Boca Grove community.

Please be advised that there will be a hearing conducted by BGPOA's Hearing Committee ("Committee") on January 30, 2025 at 9:30 am in the Belle Grove room at the Clubhouse located



at 21351 Whitaker Drive, Boca Raton, FL 33433, at which time, the Committee will either confirm or reject the suspension proposed by the Board.

Pursuant to Section 720.305, Florida Statutes, the role of the Committee is limited to determining whether to confirm or reject the proposed suspension. You are entitled to attend the hearing, including attendance by telephone or other electronic means, to show cause why you should not have your membership rights, including transponders, suspended as proposed by the Board.

Although the hearing will occur even if you choose not to attend, if you desire to attend and be heard by the Committee, please notify Cathryn Vaughn, at cvaughn@bocagrove.org no later than noon on January 24, 2025, along with the names of anyone else that you anticipate will attend with you, if any.

Please conduct yourself accordingly.

Sincerely,
Board of Directors
Boca Grove Property Owners Association, Inc.