

**(HEARING COMMITTEE)**

VIA EMAIL AND USPS

March 11, 2025

Mr. Isaac Scharf



      Re:    Notice of Approved Suspension After Hearing
                Boca Grove Property Owner's Association, Inc. ("BGPOA")

Dear Mr. Scharf,

Pursuant to Section 720.305, Florida Statutes, the purpose of this correspondence is to notify you of the findings and decision of BGPOA's Hearing Committee ("Committee") regarding the proposed suspension resulting from the violation described in BGPOA's previous Notice of Violation and Proposed Penalty dated January 14, 2025 ("Prior Notice"). A copy of the Prior Notice is enclosed.

As you know, a hearing was conducted by the Committee on March 11, 2025, which you attended. After full consideration of the relevant facts, the Committee voted unanimously to approve the proposed 90-days suspension.

**Accordingly, the 90-days suspension is effective immediately as of March 11, 2025, and will end on June 9, 2025.**

Please note that suspension includes, without limitation, the deactivation of all auto transponders associated with your membership. You and/or your guests are prohibited from using any and all POA property, facilities and services, which include the clubhouse, pool area, pool dining, The Curve, all Curve classes, the playground, children's facilities, tennis facilities including pickleball courts, any and all golf facilities, driving range, putting green and the golf course. The suspension will not preclude you from using the sidewalks, roads and entrances to the Boca Grove community.

Please conduct yourself accordingly.

                                      Respectfully,
                                      Hearing Committee
                                      Boca Grove Property Owners' Association, Inc

ENCLOSURE