# Cathryn Vaughn

| | |
|---|---|
| **From:** | Cathryn Vaughn |
| **Sent:** | Thursday, January 9, 2025 2:53 PM |
| **To:** | Jennifer Jolly |
| **Subject:** | Fwd: Voice Mail (1 minute and 6 seconds) |
| **Attachments:** | audio.mp3 |

Would you like me to call her back?
Sent from my iPhone

Begin forwarded message:

> **From:** ▓▓▓▓▓
> **Date:** January 9, 2025 at 2:39:59 PM EST
> **To:** Cathryn Vaughn ▓▓▓▓▓
> **Subject: Voice Mail (1 minute and 6 seconds)**
> **Reply-To:** ▓▓▓▓▓
>
> Hello Catherine or Jennifer, this is ▓▓▓▓▓. I was just sent a something from Instagram that apparently a member of our club sent out about it. It's just disgusting and relating to Boca Grove and I don't know Orthodox community, but it was it was unacceptable. Anyway, if Jennifer is not aware of this, I'll be happy to bring it to her. I heard the person who did it with somebody who had been suspended by the club. Anyway, give me a call back and let me know if you know about this. And if you don't, I'll be happy to bring my phone and show you the Instagram. But it's all over somebody who was not Jewish who lives in a different state need a Dieter Anyway. My number is ▓▓▓▓▓
>
> You received a voice mail from ▓▓▓▓▓
>
> ---
>
> **Thank you for using Transcription! If you don't see a transcript above, it's because the audio quality was not clear enough to transcribe.**
>
> Set Up Voice Mail

1