# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 9:25-CV-80675-DMM

Plaintiff:
**ISAAC SCHARF, DANIELLE SCHARF,
EDWARD SCHARF, ALEX SCHARF, C.S.,
a minor by and through his parent Isaac
Scharf, H.S., a minor by and through his
parents Isaac Scharf and Danielle Scharf, and R.S., a minor by and
through her parents Isaac Scharf and Danielle Scharf**

vs.

Defendant:
**BOCA GROVE PROPERTY OWNER'S
ASSOCIATION, INC.**

For:
Matthew Sarelson
Dhillon Law Group, Inc. (Palm Beach)

Received by DLE Process Servers, Inc on the 4th day of June, 2025 at 12:59 pm to be served on **Boca Grove Property Owner's Association, Inc c/o Larry Corman, General Counsel, 2255 Glades Road, Suite 400-E, Boca Raton, FL 33431**.

I, Daniel Velazquez, do hereby affirm that on the **5th day of June, 2025** at **1:42 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint with Exhibits.** with the date and hour of service endorsed thereon by me, to: **Barbara Reinman** as **Receptionist** for **Boca Grove Property Owner's Association, Inc**, at the address of: **2255 Glades Road, Suite 400-E, Boca Raton, FL 33431**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

**Daniel Velazquez**
#0100

**DLE Process Servers, Inc**
936 Sw 1st Avenue
#261
Miami, FL 33130
**(786) 220-9705**

Our Job Serial Number: DLE-2025030281

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d

```
DELIVERED    6/5/2025 1:42 PM
SERVER       DV
LICENSE      #0100
```

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Isaac Scharf; Danielle Scharf; Edward Scharf; Alex Scharf; C.S.; H.S.; R.S <br><br> *Plaintiff(s)* <br><br> v. <br><br> Boca Grove Property Owner's Association, Inc <br><br> *Defendant(s)* | Civil Action No. 9:25-cv-80675-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Boca Grove Property Owner's Association, Inc
c/o Larry Corman, General Counsel
2255 Glades Road, Ste 400-E
Boca Raton, FL 33431

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew Sarelson
Dhillon Law Group
1601 Forum Place, Ste 403
West Palm Beach, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 06/02/2025

Angela E. Noble
Clerk of Court

*s/ Clifford Charles*
Deputy Clerk
U.S. District Courts